Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19–25000–JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lina C Granada
  aka Lina C Granada Toro
  263 Hillcrest Avenue
  Wood Ridge, NJ 07075

Social Security No.:
  xxx–xx–7138

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/13/20 at 10:00 AM

to consider and act upon the following:

*42* – Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Lina C Granada. Objection deadline is 1/16/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*43* – Objection to (related document:42 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Lina C Granada. Objection deadline is 1/16/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Lina C Granada) filed by Sherri Jennifer Smith on behalf of WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC SECURITIES REMIC TRUST, SERIES 2005–S001. (Attachments: # 1 Certificate of Service) (Smith, Sherri)

Dated: 1/17/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court