Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25000−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lina C Granada
   aka Lina C Granada Toro
   263 Hillcrest Avenue
   Wood Ridge, NJ 07075

Social Security No.:
   xxx−xx−7138

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/13/20 at 10:00 AM

to consider and act upon the following:

*42* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Lina C Granada. Objection deadline is 1/16/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*43* − Objection to (related document:42 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Lina C Granada. Objection deadline is 1/16/2020. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Lina C Granada) filed by Sherri Jennifer Smith on behalf of WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC SECURITIES REMIC TRUST, SERIES 2005−S001. (Attachments: # 1 Certificate of Service) (Smith, Sherri)

Dated: 1/17/20

                                                            Jeanne Naughton
                                                            Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Lina C Granada  
    Debtor

Case No. 19-25000-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Jan 17, 2020  
                    Form ID: ntchrgbk    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2020.
```
db             +Lina C Granada,    263 Hillcrest Avenue,    Wood Ridge, NJ 07075-1223
cr             +WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 18 2020 00:41:49
                 BMW Financial Services NA, LLC Department, C/O AIS,    4515 N Santa Fe Ave,    Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jan 18 2020 00:28:45
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 2
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2020                                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Gulf Harbour Investments Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC
               SECURITIES REMIC TRUST, SERIES 2005-S001 nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Lina C Granada rbear611@aol.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC
               SECURITIES REMIC TRUST, SERIES 2005-S001 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. as trustee for Freddie
               Mac Securities REMIC Trust, Series 2005-S001 ecf@powerskirn.com
                                                                                             TOTAL: 7
```