| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>829374<br>**PHELAN HALLINAN DIAMOND & JONES, PC**<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>**Attorneys for Wells Fargo Bank, N.A. As Trustee For Freddie Mac Securities REMIC Trust, Series 2005-S001** | **Order Filed on March 4, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Lina C. Granada | Case No: 19-25000 - JKS<br><br>Hearing Date: February 13, 2020<br><br>Judge: John K. Sherwood |

Recommended Local Form:    ☒ Followed    ☐ Modified

### ORDER RESOLVING OBJECTION TO APPLICATION FOR EXTENSION OF LOSS MITIGATION PERIOD

The relief set forth on the following pages, numbered two (2) and two (2) is hereby **ORDERED**.

**DATED: March 4, 2020**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | Lina C. Granada |
| Applicant's Counsel: | Russell L. Low, Esquire |
| Secured Creditor's Counsel: | Phelan Hallinan Diamond & Jones, PC |
| Property Involved ("Collateral"): | 263 Hillcrest Avenue, Wood Ridge, NJ 07075 |

Relief sought:   ☒ **Application for Extension of Loss Mitigation Period**

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Application is resolved, subject to the following conditions:

1. The Loss Mitigation Period is hereby extended until **April 13, 2020** or until the loss mitigation decision is made by the secured creditor.

2. Debtor shall promptly open DMM Portal by submitting complete initial loss migration package for Wells Fargo Bank, N.A. As Trustee For Freddie Mac Securities REMIC Trust, Series 2005-S001's review.

3. Chapter 13 Standing Trustee is hereby authorized to make pre-petition disbursements on secured creditor's claim (see claim #9) pending Wells Fargo Bank, N.A. As Trustee For Freddie Mac Securities REMIC Trust, Series 2005-S001's decision on loan modification.

4. This Order does not replace or modify terms and conditions of Loss Mitigation Program.