Form 185 – ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25000−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lina C Granada
  aka Lina C Granada Toro
  263 Hillcrest Avenue
  Wood Ridge, NJ 07075

Social Security No.:
  xxx−xx−7138

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on February 28, 2020.

On 8/12/20 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:                September 24, 2020
Time:                08:30 AM
Location:            Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: August 13, 2020
JAN: lc

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey

In re:                                                           Case No. 19-25000-JKS
Lina C Granada                                                   Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Aug 13, 2020
                              Form ID: 185             Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
db             +Lina C Granada,    263 Hillcrest Avenue,    Wood Ridge, NJ 07075-1223
cr             +WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC,     Phelan Hallinan & Schmieg, PC,
                1617 JFK Boulevard,    Suite 1400,    Philadelphia, PA 19103-1814
518386935      +AMEX DSNB,    9111 DUKE BLVD,    MASON, OH 45040-8999
518386936      +AMEXDSNB,    9111 DUKE BLVD,    MASON, OH 45040-8999
518451589       American Express National Bank,     c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
518386938      +BK OF AMER,    4909 SAVARESE CIR,    TAMPA, FL 33634-2413
518474574       Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
518386947      +DSNB BLOOM,    9111 DUKE BLVD,    MASON, OH 45040-8999
518386948      +DSNB MACYS,    PO BOX 8218,    MASON, OH 45040-8218
518472808      +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
518386951      +PNC Mortgage,    PO Box 8703,    Dayton, OH 45401-8703
518386952      +Powers Kirn, LLC,    728 Marne Highway,    Suite 200,    Moorestown, NJ 08057-3128
518547195      +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
518547196      +Specialized Loan Servicing LLC,     8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
518386957      +Tucker & Arsenberg, P.C.,    Jordan S. Blask, Esq.,    1500 One PPG Place,
                Pittsburgh, PA 15222-5416

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 14 2020 00:12:49     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 14 2020 00:12:44     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
cr             +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2020 00:22:59
                BMW Financial Services NA, LLC Department, C/O AIS,     4515 N Santa Fe Ave,    Dept. APS,
                Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 00:21:46
                Synchrony Bank c/o PRA Receivables Management, LLC,     PO BOX 41021,    Norfolk, VA 23541-1021
518386937      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2020 00:12:32     ANNIE SEZ,
                401 HACKENSACK AVE,    HACKENSACK, NJ 07601-6411
518386939       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Aug 14 2020 00:21:54     BMW FINANCIAL SERVICES,
                5515 PARKCENTER CIR,    DUBLIN, OH 43017
518460216       E-mail/PDF: ais.bmw.ebn@americaninfosource.com Aug 14 2020 00:21:14
                BMW Financial Services NA, LLC,    P.O. Box 3608,    Dublin, OH  43016
518402078      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Aug 14 2020 00:21:06
                BMW Financial Services NA, LLC,    AIS Portfolio Services, LP,    4515 N Santa Fe Ave. Dept. APS,
                Oklahoma City, OK 73118-7901
518386943      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2020 00:22:40     CAPITAL ONE,
                PO BOX 30253,    SALT LAKE CITY, UT 84130-0253
518386941       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 14 2020 00:21:51     CAPITAL ONE,
                15000 CAPITAL ONE DR,    RICHMOND, VA 23238
518406573      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2020 00:21:20
                Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
518386945       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 14 2020 00:22:37     CHASE CARD,
                PO BOX 15298,    WILMINGTON, DE 19850
518386944       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 14 2020 00:21:03     Chase,
                PO Box 469030,    Denver, CO 80246
518506781       E-mail/PDF: ais.chase.ebn@americaninfosource.com Aug 14 2020 00:21:49
                JPMorgan Chase Bank, National Association Et.Al.,     Chase Records Center,
                Attn: Correspondence Mail,    Mail Code LA4-5555,    700 Kansas Lane,    Monroe LA 71203
518386949      +E-mail/Text: PBNCNotifications@peritusservices.com Aug 14 2020 00:12:03     KOHLS/CAPONE,
                N56 W 17000 RIDGEWOOD DR,    MENOMONEE FALLS, WI 53051-7096
518407274       E-mail/PDF: resurgentbknotifications@resurgent.com Aug 14 2020 00:22:48     LVNV Funding, LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
518386950      +E-mail/PDF: MerrickBKNotifications@Resurgent.com Aug 14 2020 00:21:01     MERRICK BANK CORP,
                PO BOX 9201,    OLD BETHPAGE, NY 11804-9001
518466012      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 14 2020 00:12:44     Midland Funding LLC,
                P.O. Box 2011,    Warren, MI 48090-2011
518386953      +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 00:22:34     SYNCB/LORD & TAY,    PO BOX 965015,
                ORLANDO, FL 32896-5015
518386954      +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 00:21:45     SYNCB/TJX COS,    PO BOX 965015,
                ORLANDO, FL 32896-5015
518388913      +E-mail/PDF: gecsedi@recoverycorp.com Aug 14 2020 00:21:45     Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
518386956      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Aug 14 2020 00:12:31     TALBOTS,    175 BEAL ST,
                HINGHAM, MA 02043-1512
518386958      +E-mail/Text: vci.bkcy@vwcredit.com Aug 14 2020 00:12:54     VW CREDIT INC,    1401 FRANKLIN BLVD,
                LIBERTYVILLE, IL 60048-4460
```

```
District/off: 0312-2              User: admin                Page 2 of 2              Date Rcvd: Aug 13, 2020
                                  Form ID: 185               Total Noticed: 39
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518482894        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2020 00:22:59      Verizon,
                   by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                               TOTAL: 24

         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518386940*       ++BMW FINANCIAL SERVICES,   CUSTOMER SERVICE CENTER,   PO BOX 3608,   DUBLIN OH 43016-0306
                   (address filed with court:  BMW FINANCIAL SERVICES,    5515 PARKCENTER CIR,   DUBLIN, OH 43017)
518386942*       ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
                   (address filed with court:  CAPITAL ONE,    15000 CAPITAL ONE DR,   RICHMOND, VA 23238)
518386946*       ++JPMORGAN CHASE BANK  N A,   BANKRUPTCY MAIL INTAKE TEAM,   700 KANSAS LANE FLOOR 01,
                   MONROE LA 71203-4774
                   (address filed with court:  CHASE CARD,    PO BOX 15298,   WILMINGTON, DE 19850)
518386955*       +SYNCB/TJX COS,   PO BOX 965015,   ORLANDO, FL 32896-5015
                                                                                            TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Gulf Harbour Investments Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Wells Fargo Bank, N.A. as trustee for Freddie Mac
               Securities REMIC Trust, Series 2005-S001 NJ_ECF_Notices@mccalla.com,
               mccallaecf@ecf.courtdrive.com
              Robert Davidow    on behalf of Creditor    WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC
               SECURITIES REMIC TRUST, SERIES 2005-S001 nj.bkecf@fedphe.com
              Russell L. Low    on behalf of Debtor Lina C Granada ecf@lowbankruptcy.com,
               ecf@lowbankruptcy.com;r57808@notify.bestcase.com
              Sherri Jennifer Smith    on behalf of Creditor    WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC
               SECURITIES REMIC TRUST, SERIES 2005-S001 nj.bkecf@fedphe.com,    nj.bkecf@fedphe.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William M.E. Powers, III    on behalf of Creditor    Wells Fargo Bank, N.A. as trustee for Freddie
               Mac Securities REMIC Trust, Series 2005-S001 ecf@powerskirn.com
                                                                                               TOTAL: 8
```