NOTICE OF OBJECTION TO CONFIRMATION

WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC SECURITIES REMIC TRUST, SERIES 2005-S001 has filed papers with the Court to object to the Confirmation of the Chapter 13 Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to object to the Confirmation of the Chapter 13 Plan, or if you want the Court to consider your views on the Objection, then on or before, you or your attorney must:

File with the Court an answer, explaining your position at:
**Clerk**
**U.S. Bankruptcy Court**
**50 Walnut Street, 3rd Floor**
**Newark, NJ 07102**

If you mail your response to the Court for filing, you must mail it early enough so that the Court will *receive* it on or before the date stated above.

You must also mail a copy to:

Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103

Marie-Ann Greenberg
Chapter 13 Standing Trustee
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004

Attend the hearing scheduled to be held on 09/24/2020 in the NEWARK Bankruptcy Court, at the following address:
**U.S. Bankruptcy Court**
**50 Walnut Street, 3rd Floor**
**Newark, NJ 07102**

If you or your attorney do not make these steps, the Court may decide that you do not oppose the relief sought in the Objection and may enter an Order granting that relief.

Date: August 24, 2020

/s/ Robert J. Davidow
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

**File No. 839435**
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard
Philadelphia, PA 19103
856-813-5500
FAX Number 856-813-5501
WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC SECURITIES REMIC
TRUST, SERIES 2005-S001

| | |
|---|---|
| In Re:<br><br>        LINA C GRANADA<br>        AKA LINA C GRANADA TORO<br><br><br>Debtor | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>NEWARK VICINAGE<br><br>Chapter 13<br><br>Case No. 19-25000 - JKS<br><br>Hearing Date: 09/24/2020 |

The undersigned, Phelan Hallinan Diamond & Jones, PC, attorneys for Secured Creditor,

WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC SECURITIES REMIC

TRUST, SERIES 2005-S001, the holder of a Mortgage on debtor residence located at 263

HILLCREST AVE, WOOD RIDGE, NJ 07075 hereby objects to the Confirmation of the debtor

proposed Chapter 13 Modified Plan on the following grounds:

1.        On October 10, 2019, Movant filed Proof of Claim listing pre-petition

arrears in the amount of $276,027.32. A copy of the Proof of Claim is attached hereto as

Exhibit "A" and made a part hereof.

2.        Debtor's Modified Plan fails to cure the delinquency pursuant to 11 U.S.C.

§1322(b)(5). A copy of the Debtor's Modified Plan is attached hereto as Exhibit "B" and

made a part hereof.

3.        Debtor's Modified Plan is speculative in nature in that it contemplates

curing these arrears through a loan modification that has neither been offered nor approved.

Movant further objects to any post-petition monthly payment amount less than 100% of

what is required under the terms of the loan documents. Debtor's failure to provide full post-petition mortgage payments will only increase the arrears owed to Movant. Based on the substantial arrears, Movant objects to adequate protection payments and requires full post-petition mortgage payments of $2,472.20 be made by the Debtor while Debtor pursues a loan modification. Debtor's failure to provide full post-petition mortgage payments will only increase the arrears owed to Movant. Debtor's Modified Plan should be amended to fully fund the arrears owed to Movant or Confirmation should be denied.

WHEREFORE, WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC SECURITIES REMIC TRUST, SERIES 2005-S001 respectfully requests that the Confirmation of Debtor's Modified Plan be denied.

<u>/s/ Robert J. Davidow</u>
Robert J. Davidow, Esq.
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
Tel: 856-813-5500 Ext. 47960
Fax: 856-813-5501
Email: Robert.Davidow@phelanhallinan.com

Dated: August 24, 2020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

839435
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for WELLS FARGO BANK, N.A. AS
TRUSTEE FOR FREDDIE MAC SECURITIES
REMIC TRUST, SERIES 2005-S001

In Re:

LINA C GRANADA
AKA LINA C GRANADA TORO

Case No:  19-25000 - JKS

Hearing Date: 09/24/2020

Judge:  JOHN K. SHERWOOD

Chapter:  13

## CERTIFICATION OF SERVICE

1.    I, Shannon N. Lichtner:

☐ represent the _____ in the above-captioned matter.

☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC,
who represents WELLS FARGO BANK, N.A. AS TRUSTEE FOR
FREDDIE MAC SECURITIES REMIC TRUST, SERIES 2005-S001 in the
above captioned matter.

☐ am the _____ in the above case and am representing
myself.

2.    On August 27, 2020 I sent a copy of the following pleadings and/or
documents to the parties listed below:

Objection to Plan

3.    I hereby certify under penalty of perjury that the above documents were sent
using the mode of service indicated.

Dated:  __August 27, 2020_____       /s/  _Shannon N. Lichtner_____
                                              Shannon N. Lichtner

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| LINA C GRANADA<br>AKA LINA C GRANADA TORO<br>263 Hillcrest Avenue<br>Wood Ridge, NJ 07075 | Debtor | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Russell L. Low<br>Low & Low<br>505 Main St.<br>Suite 304<br>Hackensack, NJ 07601 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg<br>Chapter 13 Standing Trustee<br>30 Two Bridges Rd<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

# <u>EXHIBIT A</u>

**Fill in this information to identify the case**

Debtor 1 : _Lina C. Granada_

Debtor 2 : _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of: _New Jersey_

Case number: _19-25000-JKS_

Official Form 410

## Proof of Claim

4/19

Read the instructions before filling out this form. Use this form to make a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
|---------|--------------------|

1. Who is the current creditor?

   JPMorgan Chase Bank, National Association, as servicer for Wells Fargo Bank, N.A. as trustee for Freddie Mac Securites REMIC Trust Series 2005-S001
   Name of the current creditor (the person or entity to be paid for this claim)

   Other names the creditor used with the debtor _____

2. Has this claim been acquired from someone else?

   [X] No.

   [ ] Yes.    From Whom? _____

3. Where should notices and payments to the Creditor be sent?

   Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

   **Where should notices to the creditor be sent?**

   Chase Records Center
   Name

   Attn: Correspondence Mail
   Mail Code LA4-5555

   700  Kansas Lane
   Number    Street

   Monroe       LA       71203
   City    State    Zip Code

   Contact phone    1-866-243-5851
   Contact email _____

   **Where should payments to the creditor be sent? (if different)**

   JPMorgan Chase Bank, N.A.
   Name

   Mail Code: OH4-7142

   3415 Vision Drive
   Number    Street

   Columbus    OH       43219
   City    State    Zip Code

   Contact phone    1-866-243-5851
   Contact email _____

   Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

4. Does this claim amend one already filed?

   [X] No.

   [ ] Yes.    Claim number on court claims registry (if known) _____    Filed on _____
                                                                                    mm / dd / yy

5. Do you know if anyone else has filed a proof of claim for this claim?

   [X] No.

   [ ] Yes.    Who made the earlier filing? _____

Official Form 410                    Proof of Claim                    page 1

Reviewer ID: Terrence_Pryor_2019-10-09_08:23:34

Case 19-25000-JKS    Claim 9    Filed 10/10/19    Desc Main Document    Page 5 of 31

| Debtor Name | Lina C. Granada | | Case Number  (if known) | 19-25000-JKS |
|---|---|---|---|---|

| **Part 2:** | Give Information About the Claim as of the Date the Case Was Filed |
|---|---|

**6.** Do you have any number you use to identify the debtor?

☐ No.

☒ Yes.    Last 4 digits of the debtor's account or any number you use to identify the debtor:    2628

**7.** How much is the claim?    $ 493,431.22

Does this amount include interest or other charges?

☐ No.

☒ Yes, Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A)

**8.** What is the basis of the claim?

Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.
Attach any documents supporting the claim required by Bankruptcy Rule 3001(c).
Limit disclosing information that is entitled to privacy, such as healthcare information.

Money Loaned

**9.** Is all or part of the claim secured?

☐ No.

☒ Yes.    The claim is secured by a lien on property.
Nature of property

☒ Real estate. If the claim is secured by the debtor's principal residence, file a Mortgage Proof of Claim Attachment (Official Form 410-A) with this Proof of Claim.

☐ Motor vehicle

☐ Other. Describe: _____

Basis for perfection:    Recorded Security Instrument
Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of Property:    $ _____

Amount of the claim that is secured:    $ 493,431.22

Amount of the claim that is unsecured:    $ _____    (The sum of secured  and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:    $ 276,027.32

Amount Interest Rate (When case was filed):    4.8600%
☐ Fixed
☒ Variable

**10.** Is this claim based on a lease?

☒ No.

☐ Yes.  Amount necessary to cure any default as of the date of the petition.    $            -

**11.** Is this claim subject to a right of setoff?

☒ No.

☐ Yes.  Identify the property: _____

Reviewer ID: Terrence_Pryor_2019-10-09_08:23:34

| Debtor Name | Lina C. Granada | Case Number (if known) | 19-25000-JKS |
|---|---|---|---|

**12.** Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a).

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

[X] No

[ ] Yes. Check that all apply.

| | Amount entitled to priority |
|---|---|

[ ] Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). $ _____

[ ] Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). $ _____

[ ] Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). $ _____

[ ] Taxes or penalties owed to governmental units. $ _____

[ ] Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). $ _____

[ ] Other. Specify subsection of 11 U.S.C. § 507(a)(    ) that applies. $ _____

\* Amounts are subject to adjustment on 4/1/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:** Sign Below

**The person completing this proof of claim must sign and date it. FRBP 9011(b).**

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

**A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571.**

Check the appropriate boxes:

[ ] I am the creditor.

[X] I am the creditor's attorney or authorized agent.

[ ] I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

[ ] I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this Proof of Claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this Proof of Claim and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  10/10/2019
                  MM / DD / YYYY

/s/ Nicholas V. Rogers, Esquire
_____
Signature

Print the name of the person who is completing and signing this claim:

| Name | Nicholas V. Rogers | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

Title    Attorney for Creditor

Company    Phelan Hallinan Diamond & Jones, PC
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    1617 JFK Boulevard, Suite 1400
           Number        Street

           Philadelphia, PA 19103
           City              State        Zip Code

Contact Phone    (856) 813-5500    Ext. 42689    Email    nicholas.rogers@phelanhallinan.com

Reviewer ID: Terrence_Pryor_2019-10-09_08:23:34

Mortgage Proof of Claim Attachment

04/16

### Mortgage Proof of Claim Attachment

If you file a claim secured by a security interest in the debtor's principal residence, you must use this form as an attachment to your proof of claim. See separate instructions.

| Part 1: Mortgage and Case Information | | Part 2: Total Debt Calculation | | Part 3: Arrearage as of Date of the Petition | | Part 4: Monthly Mortgage Payment | |
|---|---|---|---|---|---|---|---|
| Case number: | 19-25000-JKS | Principal Balance: | $296,926.55 | Principal & interest due: | $163,177.96 | Principal & interest: | $1,565.60 |
| Debtor 1: | Lina C Granada | Deferred Balance: | $0.00 | Prepetition fees due: | $5,931.28 | Monthly escrow: | $906.60 |
| Debtor 2: | | Interest due: | $88,561.92 | Escrow deficiency for funds advanced: | $102,011.47 | Private mortgage insurance: | $0.00 |
| Last 4 digits to identify: | 2628 | | | Projected escrow shortage: | $4,906.61 | | |
| Creditor: | JPMorgan Chase Bank, National Association, as servicer for Wells Fargo Bank, N.A. as trustee for Freddie Mac Securites REMIC Trust Series 2005-S001 | Fees, costs due: | | Less funds on hand: | | Total monthly payment: | |
| | | | $5,931.28 | | - $0.00 | | $2,472.20 |
| Servicer: | JPMorgan Chase Bank, N.A. | Escrow deficiency for funds | $102,011.47 | Amount waived post-petition | - | | |
| Fixed accrual/daily simple interest/other: | Variable | Less total funds on hand: | - $0.00 | Amount per Court Order | - | | |
| | | Total debt: | $493,431.22 | Total prepetition arrearage: | $276,027.32 | | |
| | | | | Post-petition payments included by debtor or court in Total Arrearage: | + $0.00 | | |
| Case Number: | 19-25000-JKS | | | Total Arrearage | $276,027.32 | | |
| Debtor 1: | Lina C Granada | | | | | | |

### Part 5 : Loan Payment History from First Date of Default

| | | | Account Activity | | | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual Payment Amount | C. Funds Received | D. Amount Incurred | E. Description | F. Contractual Due Date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
| | | | | | | $0.00 | | | | | | | | | | |
| 01/01/2008 | $1,725.66 | | | PAYMENT DUE | | $1,725.66 | | | | | | $294,367.28 | | $1,699.99 | $0.00 | $0.00 |
| 01/08/2008 | | $1,725.66 | | PAYMENT APPLIED | 01/01/2008 | $0.00 | ($826.47) | $1,750.99 | $601.14 | | | $294,993.75 | | $2,301.13 | $0.00 | $0.00 |
| 01/08/2008 | | $74.34 | | PRINCIPAL PAYMENT | | $0.00 | $74.34 | | | | | $294,919.41 | | $2,301.13 | $0.00 | $0.00 |
| 01/24/2008 | | | | CIT/TWN/VIL/BOR | | $0.00 | | | ($1,456.00) | | | $294,919.41 | | $845.13 | $0.00 | $0.00 |
| 02/01/2008 | $1,725.66 | | | PAYMENT DUE | | $1,725.66 | | | | | | $294,919.41 | | $845.13 | $0.00 | $0.00 |
| 02/15/2008 | | $1,725.66 | | PAYMENT APPLIED | 02/01/2008 | $0.00 | ($598.79) | $1,723.31 | $601.14 | | | $295,518.20 | | $1,446.27 | $0.00 | $0.00 |
| 02/15/2008 | | $74.34 | | PRINCIPAL PAYMENT | | $0.00 | $74.34 | | | | | $295,443.86 | | $1,446.27 | $0.00 | $0.00 |
| 03/01/2008 | $1,725.66 | | | PAYMENT DUE | | $1,725.66 | | | | | | $295,443.86 | | $1,446.27 | $0.00 | $0.00 |
| 03/17/2008 | | | $56.23 | LATE CHARGE - ASSESSED | | $1,725.66 | | | | | | $295,443.86 | | $1,446.27 | $56.23 | $0.00 |
| 03/24/2008 | | $1,781.89 | | PAYMENT APPLIED | 03/01/2008 | $0.00 | ($567.39) | $1,691.91 | $601.14 | $56.23 | | $296,011.25 | | $2,047.41 | $0.00 | $0.00 |
| 03/24/2008 | | $18.11 | | PRINCIPAL PAYMENT | | $0.00 | $18.11 | | | | | $295,993.14 | | $2,047.41 | $0.00 | $0.00 |
| 04/01/2008 | $1,725.66 | | | PAYMENT DUE | | $1,725.66 | | | | | | $295,993.14 | | $2,047.41 | $0.00 | $0.00 |
| 04/16/2008 | | | $56.23 | LATE CHARGE - ASSESSED | | $1,725.66 | | | | | | $295,993.14 | | $2,047.41 | $56.23 | $0.00 |
| 04/19/2008 | | | | CIT/TWN/VIL/BOR | | $1,725.66 | | | ($1,456.00) | | | $295,993.14 | | $591.41 | $56.23 | $0.00 |
| 04/30/2008 | | $1,781.89 | | PAYMENT APPLIED | 04/01/2008 | $0.00 | ($522.19) | $1,646.71 | $601.14 | $56.23 | | $296,515.33 | | $1,192.55 | $0.00 | $0.00 |
| 04/30/2008 | | $18.11 | | PRINCIPAL PAYMENT | | $0.00 | $18.11 | | | | | $296,497.22 | | $1,192.55 | $0.00 | $0.00 |
| 05/01/2008 | $1,725.66 | | | PAYMENT DUE | | $1,725.66 | | | | | | $296,497.22 | | $1,192.55 | $0.00 | $0.00 |
| 05/16/2008 | | | $56.23 | LATE CHARGE - ASSESSED | | $1,725.66 | | | | | | $296,497.22 | | $1,192.55 | $56.23 | $0.00 |
| 05/28/2008 | | $1,781.89 | | PAYMENT APPLIED | 05/01/2008 | $0.00 | ($463.22) | $1,587.74 | $601.14 | $56.23 | | $296,960.44 | | $1,793.69 | $0.00 | $0.00 |
| 05/28/2008 | | $18.11 | | PRINCIPAL PAYMENT | | $0.00 | $18.11 | | | | | $296,942.33 | | $1,793.69 | $0.00 | $0.00 |
| 06/01/2008 | $1,124.54 | | | PAYMENT DUE | | $1,124.54 | | | | | | $296,942.33 | | $1,793.69 | $0.00 | $0.00 |
| 06/16/2008 | | | $56.23 | LATE CHARGE - ASSESSED | | $1,124.54 | | | | | | $296,942.33 | | $1,793.69 | $56.23 | $0.00 |
| 07/01/2008 | $1,208.87 | | | PAYMENT DUE | | $2,333.41 | | | | | | $296,942.33 | | $1,793.69 | $56.23 | $0.00 |
| 07/11/2008 | | | $8.90 | MISC FEE - ASSESSED | | $2,333.41 | | | | | | $296,942.33 | | $1,793.69 | $65.13 | $0.00 |
| 07/16/2008 | | | $60.44 | LATE CHARGE - ASSESSED | | $2,333.41 | | | | | | $296,942.33 | | $1,793.69 | $125.57 | $0.00 |
| 07/23/2008 | | | | CIT/TWN/VIL/BOR | | $2,333.41 | | | ($1,659.08) | | | $296,942.33 | | $134.61 | $125.57 | $0.00 |
| 08/01/2008 | $1,208.87 | | | PAYMENT DUE | | $3,542.28 | | | | | | $296,942.33 | | $134.61 | $125.57 | $0.00 |
| 08/11/2008 | | | $8.90 | MISC FEE - ASSESSED | | $3,542.28 | | | | | | $296,942.33 | | $134.61 | $134.47 | $0.00 |
| 08/18/2008 | | | $60.44 | LATE CHARGE - ASSESSED | | $3,542.28 | | | | | | $296,942.33 | | $134.61 | $194.91 | $0.00 |
| 08/18/2008 | | | | HOMEOWNERS INSURANCE | | $3,542.28 | | | ($808.00) | | | $296,942.33 | | ($673.39) | $194.91 | $0.00 |
| 09/01/2008 | $1,208.87 | | | PAYMENT DUE | | $4,751.15 | | | | | | $296,942.33 | | ($673.39) | $194.91 | $0.00 |
| 09/10/2008 | | | $8.90 | MISC FEE - ASSESSED | | $4,751.15 | | | | | | $296,942.33 | | ($673.39) | $203.81 | $0.00 |
| 09/16/2008 | | | $60.44 | LATE CHARGE - ASSESSED | | $4,751.15 | | | | | | $296,942.33 | | ($673.39) | $264.25 | $0.00 |
| 09/26/2008 | | | $400.00 | TITLE FEES | | $4,751.15 | | | | | | $296,942.33 | | ($673.39) | $664.25 | $0.00 |
| 10/01/2008 | $1,208.87 | | | PAYMENT DUE | | $5,960.02 | | | | | | $296,942.33 | | ($673.39) | $664.25 | $0.00 |
| 10/10/2008 | | | $8.90 | MISC FEE - ASSESSED | | $5,960.02 | | | | | | $296,942.33 | | ($673.39) | $673.15 | $0.00 |
| 10/24/2008 | | | | CIT/TWN/VIL/BOR | | $5,960.02 | | | ($1,612.25) | | | $296,942.33 | | ($2,285.64) | $673.15 | $0.00 |
| 11/01/2008 | $1,208.87 | | | PAYMENT DUE | | $7,168.89 | | | | | | $296,942.33 | | ($2,285.64) | $673.15 | $0.00 |
| 11/10/2008 | | | $30.00 | FC COURT COSTS | | $7,168.89 | | | | | | $296,942.33 | | ($2,285.64) | $703.15 | $0.00 |
| 11/12/2008 | | | $8.90 | MISC FEE - ASSESSED | | $7,168.89 | | | | | | $296,942.33 | | ($2,285.64) | $712.05 | $0.00 |
| 12/01/2008 | $1,208.87 | | | PAYMENT DUE | | $8,377.76 | | | | | | $296,942.33 | | ($2,285.64) | $712.05 | $0.00 |
| 12/17/2008 | | | $700.00 | FC ATTY FEE | | $8,377.76 | | | | | | $296,942.33 | | ($2,285.64) | $1,412.05 | $0.00 |
| 12/29/2008 | | | $10.85 | MISC FEE - ASSESSED | | $8,377.76 | | | | | | $296,942.33 | | ($2,285.64) | $1,422.90 | $0.00 |
| 12/30/2008 | | | $187.50 | FC ATTY FEE | | $8,377.76 | | | | | | $296,942.33 | | ($2,285.64) | $1,610.40 | $0.00 |
| 12/30/2008 | | | $187.50 | FC ATTY FEE | | $8,377.76 | | | | | | $296,942.33 | | ($2,285.64) | $1,797.90 | $0.00 |
| 01/01/2009 | $1,208.87 | | | PAYMENT DUE | | $9,586.63 | | | | | | $296,942.33 | | ($2,285.64) | $1,797.90 | $0.00 |
| 01/05/2009 | | | ($8.90) | MISC FEE - WAIVED | | $9,586.63 | | | | | | $296,942.33 | | ($2,285.64) | $1,789.00 | $0.00 |
| 01/07/2009 | | | $10.85 | MISC FEE - ASSESSED | | $9,586.63 | | | | | | $296,942.33 | | ($2,285.64) | $1,799.85 | $0.00 |
| 01/16/2009 | | | | CIT/TWN/VIL/BOR | | $9,586.63 | | | ($1,545.84) | | | $296,942.33 | | ($3,831.48) | $1,799.85 | $0.00 |
| 01/27/2009 | | | $10.85 | MISC FEE - ASSESSED | | $9,586.63 | | | | | | $296,942.33 | | ($3,831.48) | $1,810.70 | $0.00 |
| 02/01/2009 | $1,208.87 | | | PAYMENT DUE | | $10,795.50 | | | | | | $296,942.33 | | ($3,831.48) | $1,810.70 | $0.00 |

Reviewer ID: Terrence_Pryor_2019-10-09_08:23:34

Mortgage Proof of Claim Attachment

04/16

**Part 5 : Loan Payment History from First Date of Default**

| A. Date | B. Contractual Payment Amount | C. Funds Received | D. Amount Incurred | E. Description | F. Contractual Due Date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/01/2009 | $1,208.87 | | | PAYMENT DUE | | $12,004.37 | | | | | | $296,942.33 | | ($3,831.48) | $1,810.70 | $0.00 |
| 03/09/2009 | | | $10.85 | MISC FEE - ASSESSED | | $12,004.37 | | | | | | $296,942.33 | | ($3,831.48) | $1,821.55 | $0.00 |
| 04/01/2009 | $1,208.87 | | | PAYMENT DUE | | $13,213.24 | | | | | | $296,942.33 | | ($3,831.48) | $1,821.55 | $0.00 |
| 04/10/2009 | | | | CIT/TWN/VIL/BOR | | $13,213.24 | | | ($1,545.83) | | | $296,942.33 | | ($5,377.31) | $1,821.55 | $0.00 |
| 04/15/2009 | | | $10.85 | MISC FEE - ASSESSED | | $13,213.24 | | | | | | $296,942.33 | | ($5,377.31) | $1,832.40 | $0.00 |
| 05/01/2009 | $1,208.87 | | | PAYMENT DUE | | $14,422.11 | | | | | | $296,942.33 | | ($5,377.31) | $1,832.40 | $0.00 |
| 06/01/2009 | $1,208.87 | | | PAYMENT DUE | | $15,630.98 | | | | | | $296,942.33 | | ($5,377.31) | $1,832.40 | $0.00 |
| 06/01/2009 | | | $10.85 | MISC FEE - ASSESSED | | $15,630.98 | | | | | | $296,942.33 | | ($5,377.31) | $1,843.25 | $0.00 |
| 06/29/2009 | | | $10.85 | MISC FEE - ASSESSED | | $15,630.98 | | | | | | $296,942.33 | | ($5,377.31) | $1,854.10 | $0.00 |
| 07/01/2009 | $1,927.67 | | | PAYMENT DUE | | $17,558.65 | | | | | | $296,942.33 | | ($5,377.31) | $1,854.10 | $0.00 |
| 07/24/2009 | | | | CIT/TWN/VIL/BOR | | $17,558.65 | | | ($1,690.39) | | | $296,942.33 | | ($7,067.70) | $1,854.10 | $0.00 |
| 08/01/2009 | $1,927.67 | | | PAYMENT DUE | | $19,486.32 | | | | | | $296,942.33 | | ($7,067.70) | $1,854.10 | $0.00 |
| 08/06/2009 | | | $10.85 | MISC FEE - ASSESSED | | $19,486.32 | | | | | | $296,942.33 | | ($7,067.70) | $1,864.95 | $0.00 |
| 08/18/2009 | | | | FIRE/HOMEOWNER | | $19,486.32 | | | ($876.00) | | | $296,942.33 | | ($7,943.70) | $1,864.95 | $0.00 |
| 09/01/2009 | $1,927.67 | | | PAYMENT DUE | | $21,413.99 | | | | | | $296,942.33 | | ($7,943.70) | $1,864.95 | $0.00 |
| 09/08/2009 | | | $10.85 | MISC FEE - ASSESSED | | $21,413.99 | | | | | | $296,942.33 | | ($7,943.70) | $1,875.80 | $0.00 |
| 10/01/2009 | $1,927.67 | | | PAYMENT DUE | | $23,341.66 | | | | | | $296,942.33 | | ($7,943.70) | $1,875.80 | $0.00 |
| 10/14/2009 | | | $10.85 | MISC FEE - ASSESSED | | $23,341.66 | | | | | | $296,942.33 | | ($7,943.70) | $1,886.65 | $0.00 |
| 10/15/2009 | | | | CIT/TWN/VIL/BOR | | $23,341.66 | | | ($1,735.18) | | | $296,942.33 | | ($9,678.88) | $1,886.65 | $0.00 |
| 11/01/2009 | $1,927.67 | | | PAYMENT DUE | | $25,269.33 | | | | | | $296,942.33 | | ($9,678.88) | $1,886.65 | $0.00 |
| 11/18/2009 | | | $10.85 | MISC FEE - ASSESSED | | $25,269.33 | | | | | | $296,942.33 | | ($9,678.88) | $1,897.50 | $0.00 |
| 12/01/2009 | $1,927.67 | | | PAYMENT DUE | | $27,197.00 | | | | | | $296,942.33 | | ($9,678.88) | $1,897.50 | $0.00 |
| 12/16/2009 | | | $49.00 | TAX DEPARTMENT | | $27,197.00 | | | | | | $296,942.33 | | ($9,678.88) | $1,946.50 | $0.00 |
| 12/23/2009 | | | $10.85 | MISC FEE - ASSESSED | | $27,197.00 | | | | | | $296,942.33 | | ($9,678.88) | $1,957.35 | $0.00 |
| 01/01/2010 | $1,927.67 | | | PAYMENT DUE | | $29,124.67 | | | | | | $296,942.33 | | ($9,678.88) | $1,957.35 | $0.00 |
| 01/11/2010 | | | | CIT/TWN/VIL/BOR | | $29,124.67 | | | ($1,629.00) | | | $296,942.33 | | ($11,307.88) | $1,957.35 | $0.00 |
| 01/25/2010 | | | $10.85 | FC INSPECTION | | $29,124.67 | | | | | | $296,942.33 | | ($11,307.88) | $1,968.20 | $0.00 |
| 01/25/2010 | | | $10.85 | MISC FEE - ASSESSED | | $29,124.67 | | | | | | $296,942.33 | | ($11,307.88) | $1,979.05 | $0.00 |
| 02/01/2010 | $1,927.67 | | | PAYMENT DUE | | $31,052.34 | | | | | | $296,942.33 | | ($11,307.88) | $1,979.05 | $0.00 |
| 02/04/2010 | | | $95.74 | FC COURT COSTS | | $31,052.34 | | | | | | $296,942.33 | | ($11,307.88) | $2,074.79 | $0.00 |
| 02/11/2010 | | | $782.06 | FC ATTY FEE | | $31,052.34 | | | | | | $296,942.33 | | ($11,307.88) | $2,856.85 | $0.00 |
| 03/01/2010 | $1,927.67 | | | PAYMENT DUE | | $32,980.01 | | | | | | $296,942.33 | | ($11,307.88) | $2,856.85 | $0.00 |
| 03/01/2010 | | | $10.85 | FC INSPECTION | | $32,980.01 | | | | | | $296,942.33 | | ($11,307.88) | $2,867.70 | $0.00 |
| 03/01/2010 | | | $10.85 | MISC FEE - ASSESSED | | $32,980.01 | | | | | | $296,942.33 | | ($11,307.88) | $2,878.55 | $0.00 |
| 04/01/2010 | $1,927.67 | | | PAYMENT DUE | | $34,907.68 | | | | | | $296,942.33 | | ($11,307.88) | $2,878.55 | $0.00 |
| 04/01/2010 | | | $30.58 | FC COURT COSTS | | $34,907.68 | | | | | | $296,942.33 | | ($11,307.88) | $2,909.13 | $0.00 |
| 04/08/2010 | | | | CIT/TWN/VIL/BOR | | $34,907.68 | | | ($1,629.00) | | | $296,942.33 | | ($12,936.88) | $2,909.13 | $0.00 |
| 04/12/2010 | | | $10.85 | FC INSPECTION | | $34,907.68 | | | | | | $296,942.33 | | ($12,936.88) | $2,919.98 | $0.00 |
| 05/01/2010 | $1,927.67 | | | PAYMENT DUE | | $36,835.35 | | | | | | $296,942.33 | | ($12,936.88) | $2,919.98 | $0.00 |
| 06/01/2010 | $1,927.67 | | | PAYMENT DUE | | $38,763.02 | | | | | | $296,942.33 | | ($12,936.88) | $2,919.98 | $0.00 |
| 06/11/2010 | | | $49.00 | TAX DEPARTMENT | | $38,763.02 | | | | | | $296,942.33 | | ($12,936.88) | $2,968.98 | $0.00 |
| 07/01/2010 | $1,973.85 | | | PAYMENT DUE | | $40,736.87 | | | | | | $296,942.33 | | ($12,936.88) | $2,968.98 | $0.00 |
| 07/15/2010 | | | | CIT/TWN/VIL/BOR | | $40,736.87 | | | ($1,781.30) | | | $296,942.33 | | ($14,718.18) | $2,968.98 | $0.00 |
| 07/26/2010 | | | | FC ATTY FEE | | $40,736.87 | | | | $18.18 | | $296,942.33 | | ($14,718.18) | $2,950.80 | $0.00 |
| 07/26/2010 | | | | FC ATTY FEE | | $40,736.87 | | | | $8.08 | | $296,942.33 | | ($14,718.18) | $2,942.72 | $0.00 |
| 08/01/2010 | $1,973.85 | | | PAYMENT DUE | | $42,710.72 | | | | | | $296,942.33 | | ($14,718.18) | $2,942.72 | $0.00 |
| 08/17/2010 | | | | FIRE/HOMEOWNER | | $42,710.72 | | | ($839.00) | | | $296,942.33 | | ($15,557.18) | $2,942.72 | $0.00 |
| 08/26/2010 | | | $14.00 | FC INSPECTION | | $42,710.72 | | | | | | $296,942.33 | | ($15,557.18) | $2,956.72 | $0.00 |
| 09/01/2010 | $1,973.85 | | | PAYMENT DUE | | $44,684.57 | | | | | | $296,942.33 | | ($15,557.18) | $2,956.72 | $0.00 |
| 10/01/2010 | $1,973.85 | | | PAYMENT DUE | | $46,658.42 | | | | | | $296,942.33 | | ($15,557.18) | $2,956.72 | $0.00 |
| 11/01/2010 | $1,973.85 | | | PAYMENT DUE | | $48,632.27 | | | | | | $296,942.33 | | ($15,557.18) | $2,956.72 | $0.00 |
| 11/08/2010 | | | | FC ATTY FEE | | $48,632.27 | | | | $9.60 | | $296,942.33 | | ($15,557.18) | $2,947.12 | $0.00 |
| 11/22/2010 | | | | MISC ADVANCE | | $48,632.27 | | | | $54.25 | | $296,942.33 | | ($15,557.18) | $2,892.87 | $0.00 |
| 12/01/2010 | $1,973.85 | | | PAYMENT DUE | | $50,606.12 | | | | | | $296,942.33 | | ($15,557.18) | $2,892.87 | $0.00 |
| 12/30/2010 | | | $14.00 | FC INSPECTION | | $50,606.12 | | | | | | $296,942.33 | | ($15,557.18) | $2,906.87 | $0.00 |
| 01/01/2011 | $1,973.85 | | | PAYMENT DUE | | $52,579.97 | | | | | | $296,942.33 | | ($15,557.18) | $2,906.87 | $0.00 |
| 01/04/2011 | | | $138.50 | FC COURT COSTS | | $52,579.97 | | | | | | $296,942.33 | | ($15,557.18) | $3,045.37 | $0.00 |
| 01/05/2011 | | | | CIT/TWN/VIL/BOR | | $52,579.97 | | | ($1,779.26) | | | $296,942.33 | | ($17,336.44) | $3,045.37 | $0.00 |
| 01/11/2011 | | | | CIT/TWN/VIL/BOR | | $52,579.97 | | | ($1,704.64) | | | $296,942.33 | | ($19,041.08) | $3,045.37 | $0.00 |
| 01/18/2011 | | | $30.44 | FC ATTY FEE | | $52,579.97 | | | | | | $296,942.33 | | ($19,041.08) | $3,075.81 | $0.00 |
| 02/01/2011 | $1,973.85 | | | PAYMENT DUE | | $54,553.82 | | | | | | $296,942.33 | | ($19,041.08) | $3,075.81 | $0.00 |
| 02/02/2011 | | | $14.00 | FC INSPECTION | | $54,553.82 | | | | | | $296,942.33 | | ($19,041.08) | $3,089.81 | $0.00 |
| 03/01/2011 | $1,973.85 | | | PAYMENT DUE | | $56,527.67 | | | | | | $296,942.33 | | ($19,041.08) | $3,089.81 | $0.00 |
| 03/08/2011 | | | $14.00 | FC INSPECTION | | $56,527.67 | | | | | | $296,942.33 | | ($19,041.08) | $3,103.81 | $0.00 |
| 04/01/2011 | $1,973.85 | | | PAYMENT DUE | | $58,501.52 | | | | | | $296,942.33 | | ($19,041.08) | $3,103.81 | $0.00 |
| 04/11/2011 | | | $14.00 | FC INSPECTION | | $58,501.52 | | | | | | $296,942.33 | | ($19,041.08) | $3,117.81 | $0.00 |
| 04/12/2011 | | | | CIT/TWN/VIL/BOR | | $58,501.52 | | | ($1,427.17) | | | $296,942.33 | | ($20,468.25) | $3,117.81 | $0.00 |
| 05/01/2011 | $1,973.85 | | | PAYMENT DUE | | $60,475.37 | | | | | | $296,942.33 | | ($20,468.25) | $3,117.81 | $0.00 |
| 06/01/2011 | $1,973.85 | | | PAYMENT DUE | | $62,449.22 | | | | | | $296,942.33 | | ($20,468.25) | $3,117.81 | $0.00 |
| 07/01/2011 | $1,953.37 | | | PAYMENT DUE | | $64,402.59 | | | | | | $296,942.33 | | ($20,468.25) | $3,117.81 | $0.00 |
| 07/12/2011 | | | | CIT/TWN/VIL/BOR | | $64,402.59 | | | ($1,797.28) | | | $296,942.33 | | ($22,265.53) | $3,117.81 | $0.00 |
| 07/26/2011 | | | $14.00 | FC INSPECTION | | $64,402.59 | | | | | | $296,942.33 | | ($22,265.53) | $3,131.81 | $0.00 |
| 08/01/2011 | $1,953.37 | | | PAYMENT DUE | | $66,355.96 | | | | | | $296,942.33 | | ($22,265.53) | $3,131.81 | $0.00 |

Reviewer ID: Terrence_Pryor_2019-10-09_08:23:34

Mortgage Proof of Claim Attachment

04/16

**Part 5 : Loan Payment History from First Date of Default**

| A. Date | B. Contractual Payment Amount | C. Funds Received | D. Amount Incurred | E. Description | F. Contractual Due Date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/26/2011 | | | $14.00 | FC INSPECTION | | $66,355.96 | | | | | | $296,942.33 | | ($22,265.53) | $3,145.81 | $0.00 |
| 09/01/2011 | $1,953.37 | | | PAYMENT DUE | | $68,309.33 | | | | | | $296,942.33 | | ($22,265.53) | $3,145.81 | $0.00 |
| 10/01/2011 | $1,953.37 | | | PAYMENT DUE | | $70,262.70 | | | | | | $296,942.33 | | ($22,265.53) | $3,145.81 | $0.00 |
| 10/06/2011 | | | $254.84 | FCL MAIL | | $70,262.70 | | | | | | $296,942.33 | | ($22,265.53) | $3,400.65 | $0.00 |
| 10/12/2011 | | | | BOROUGH TAX | | $70,262.70 | ($1,793.21) | | | | | $296,942.33 | | ($24,058.74) | $3,400.65 | $0.00 |
| 11/01/2011 | $1,953.37 | | | PAYMENT DUE | | $72,216.07 | | | | | | $296,942.33 | | ($24,058.74) | $3,400.65 | $0.00 |
| 11/03/2011 | | | $14.00 | FC INSPECTION | | $72,216.07 | | | | | | $296,942.33 | | ($24,058.74) | $3,414.65 | $0.00 |
| 11/16/2011 | | | | HOMEOWNERS INSURANCE | | $72,216.07 | ($2,867.58) | | | | | $296,942.33 | | ($26,926.32) | $3,414.65 | $0.00 |
| 12/01/2011 | $1,953.37 | | | PAYMENT DUE | | $74,169.44 | | | | | | $296,942.33 | | ($26,926.32) | $3,414.65 | $0.00 |
| 12/28/2011 | | | | TITLE FEES | | $74,169.44 | | | | $215.05 | | $296,942.33 | | ($26,926.32) | $3,199.60 | $0.00 |
| 01/01/2012 | $1,953.37 | | | PAYMENT DUE | | $76,122.81 | | | | | | $296,942.33 | | ($26,926.32) | $3,199.60 | $0.00 |
| 01/04/2012 | | | | HOMEOWNERS INSURANCE | | $76,122.81 | ($2,654.68) | | | | | $296,942.33 | | ($29,581.00) | $3,199.60 | $0.00 |
| 02/01/2012 | $1,953.37 | | | PAYMENT DUE | | $78,076.18 | | | | | | $296,942.33 | | ($29,581.00) | $3,199.60 | $0.00 |
| 02/07/2012 | | | | BOROUGH TAX | | $78,076.18 | ($1,749.95) | | | | | $296,942.33 | | ($31,330.95) | $3,199.60 | $0.00 |
| 03/01/2012 | $1,953.37 | | | PAYMENT DUE | | $80,029.55 | | | | | | $296,942.33 | | ($31,330.95) | $3,199.60 | $0.00 |
| 03/30/2012 | | | $14.00 | FC INSPECTION | | $80,029.55 | | | | | | $296,942.33 | | ($31,330.95) | $3,213.60 | $0.00 |
| 04/01/2012 | $1,953.37 | | | PAYMENT DUE | | $81,982.92 | | | | | | $296,942.33 | | ($31,330.95) | $3,213.60 | $0.00 |
| 04/16/2012 | | | | BOROUGH TAX | | $81,982.92 | ($1,749.94) | | | | | $296,942.33 | | ($33,080.89) | $3,213.60 | $0.00 |
| 05/01/2012 | $1,953.37 | | | PAYMENT DUE | | $83,936.29 | | | | | | $296,942.33 | | ($33,080.89) | $3,213.60 | $0.00 |
| 05/04/2012 | | | $1,500.00 | FCL SALE COST | | $83,936.29 | | | | | | $296,942.33 | | ($33,080.89) | $4,713.60 | $0.00 |
| 05/31/2012 | | | $14.00 | FC INSPECTION | | $83,936.29 | | | | | | $296,942.33 | | ($33,080.89) | $4,727.60 | $0.00 |
| 06/01/2012 | $1,953.37 | | | PAYMENT DUE | | $85,889.66 | | | | | | $296,942.33 | | ($33,080.89) | $4,727.60 | $0.00 |
| 06/18/2012 | | | ($54.25) | INSP FEE RECLASS | | $85,889.66 | | | | | | $296,942.33 | | ($33,080.89) | $4,673.35 | $0.00 |
| 06/27/2012 | | | $14.00 | FC INSPECTION | | $85,889.66 | | | | | | $296,942.33 | | ($33,080.89) | $4,687.35 | $0.00 |
| 07/01/2012 | $1,931.08 | | | PAYMENT DUE | | $87,820.74 | | | | | | $296,942.33 | | ($33,080.89) | $4,687.35 | $0.00 |
| 07/26/2012 | | | $14.00 | FC INSPECTION | | $87,820.74 | | | | | | $296,942.33 | | ($33,080.89) | $4,701.35 | $0.00 |
| 08/01/2012 | $1,931.08 | | | PAYMENT DUE | | $89,751.82 | | | | | | $296,942.33 | | ($33,080.89) | $4,701.35 | $0.00 |
| 08/16/2012 | | | | BOROUGH TAX | | $89,751.82 | ($1,828.33) | | | | | $296,942.33 | | ($34,909.22) | $4,701.35 | $0.00 |
| 08/25/2012 | | | $14.00 | FC INSPECTION | | $89,751.82 | | | | | | $296,942.33 | | ($34,909.22) | $4,715.35 | $0.00 |
| 09/01/2012 | $1,931.08 | | | PAYMENT DUE | | $91,682.90 | | | | | | $296,942.33 | | ($34,909.22) | $4,715.35 | $0.00 |
| 09/27/2012 | | | $14.00 | FC INSPECTION | | $91,682.90 | | | | | | $296,942.33 | | ($34,909.22) | $4,729.35 | $0.00 |
| 10/01/2012 | $1,931.08 | | | PAYMENT DUE | | $93,613.98 | | | | | | $296,942.33 | | ($34,909.22) | $4,729.35 | $0.00 |
| 10/24/2012 | | | | BOROUGH TAX | | $93,613.98 | ($1,828.32) | | | | | $296,942.33 | | ($36,737.54) | $4,729.35 | $0.00 |
| 10/25/2012 | | | $14.00 | FC INSPECTION | | $93,613.98 | | | | | | $296,942.33 | | ($36,737.54) | $4,743.35 | $0.00 |
| 10/31/2012 | | | | HOMEOWNERS INSURANCE | | $93,613.98 | ($2,654.68) | | | | | $296,942.33 | | ($39,392.22) | $4,743.35 | $0.00 |
| 11/01/2012 | $1,931.08 | | | PAYMENT DUE | | $95,545.06 | | | | | | $296,942.33 | | ($39,392.22) | $4,743.35 | $0.00 |
| 12/01/2012 | $1,931.08 | | | PAYMENT DUE | | $97,476.14 | | | | | | $296,942.33 | | ($39,392.22) | $4,743.35 | $0.00 |
| 12/17/2012 | | | $14.00 | FC INSPECTION | | $97,476.14 | | | | | | $296,942.33 | | ($39,392.22) | $4,757.35 | $0.00 |
| 01/01/2013 | $1,931.08 | | | PAYMENT DUE | | $99,407.22 | | | | | | $296,942.33 | | ($39,392.22) | $4,757.35 | $0.00 |
| 01/17/2013 | | | | BOROUGH TAX | | $99,407.22 | ($1,789.14) | | | | | $296,942.33 | | ($41,181.36) | $4,757.35 | $0.00 |
| 01/19/2013 | | | $14.00 | FC INSPECTION | | $99,407.22 | | | | | | $296,942.33 | | ($41,181.36) | $4,771.35 | $0.00 |
| 02/01/2013 | $1,931.08 | | | PAYMENT DUE | | $101,338.30 | | | | | | $296,942.33 | | ($41,181.36) | $4,771.35 | $0.00 |
| 02/14/2013 | | | $14.00 | FC INSPECTION | | $101,338.30 | | | | | | $296,942.33 | | ($41,181.36) | $4,785.35 | $0.00 |
| 03/01/2013 | $1,931.08 | | | PAYMENT DUE | | $103,269.38 | | | | | | $296,942.33 | | ($41,181.36) | $4,785.35 | $0.00 |
| 03/20/2013 | | | $14.00 | FC INSPECTION | | $103,269.38 | | | | | | $296,942.33 | | ($41,181.36) | $4,799.35 | $0.00 |
| 04/01/2013 | $1,931.08 | | | PAYMENT DUE | | $105,200.46 | | | | | | $296,942.33 | | ($41,181.36) | $4,799.35 | $0.00 |
| 04/15/2013 | | | $14.00 | FC INSPECTION | | $105,200.46 | | | | | | $296,942.33 | | ($41,181.36) | $4,813.35 | $0.00 |
| 04/15/2013 | | | | BOROUGH TAX | | $105,200.46 | ($1,789.13) | | | | | $296,942.33 | | ($42,970.49) | $4,813.35 | $0.00 |
| 05/01/2013 | $1,931.08 | | | PAYMENT DUE | | $107,131.54 | | | | | | $296,942.33 | | ($42,970.49) | $4,813.35 | $0.00 |
| 05/20/2013 | | | $14.00 | FC INSPECTION | | $107,131.54 | | | | | | $296,942.33 | | ($42,970.49) | $4,827.35 | $0.00 |
| 06/01/2013 | $1,931.08 | | | PAYMENT DUE | | $109,062.62 | | | | | | $296,942.33 | | ($42,970.49) | $4,827.35 | $0.00 |
| 06/14/2013 | | | $14.00 | FC INSPECTION | | $109,062.62 | | | | | | $296,942.33 | | ($42,970.49) | $4,841.35 | $0.00 |
| 07/01/2013 | $1,933.94 | | | PAYMENT DUE | | $110,996.56 | | | | | | $296,942.33 | | ($42,970.49) | $4,841.35 | $0.00 |
| 07/17/2013 | | | $14.00 | FC INSPECTION | | $110,996.56 | | | | | | $296,942.33 | | ($42,970.49) | $4,855.35 | $0.00 |
| 08/01/2013 | $1,933.94 | | | PAYMENT DUE | | $112,930.50 | | | | | | $296,942.33 | | ($42,970.49) | $4,855.35 | $0.00 |
| 08/07/2013 | | | | BOROUGH TAX | | $112,930.50 | ($1,875.67) | | | | | $296,942.33 | | ($44,846.16) | $4,855.35 | $0.00 |
| 08/13/2013 | | | $14.00 | FC INSPECTION | | $112,930.50 | | | | | | $296,942.33 | | ($44,846.16) | $4,869.35 | $0.00 |
| 09/01/2013 | $1,933.94 | | | PAYMENT DUE | | $114,864.44 | | | | | | $296,942.33 | | ($44,846.16) | $4,869.35 | $0.00 |
| 09/11/2013 | | | $14.00 | FC INSPECTION | | $114,864.44 | | | | | | $296,942.33 | | ($44,846.16) | $4,883.35 | $0.00 |
| 10/01/2013 | $1,933.94 | | | PAYMENT DUE | | $116,798.38 | | | | | | $296,942.33 | | ($44,846.16) | $4,883.35 | $0.00 |
| 10/11/2013 | | | $14.00 | FC INSPECTION | | $116,798.38 | | | | | | $296,942.33 | | ($44,846.16) | $4,897.35 | $0.00 |
| 10/15/2013 | | | | BOROUGH TAX | | $116,798.38 | ($1,875.66) | | | | | $296,942.33 | | ($46,721.82) | $4,897.35 | $0.00 |
| 10/31/2013 | | | | HOMEOWNERS INSURANCE | | $116,798.38 | ($1,991.77) | | | | | $296,942.33 | | ($48,713.59) | $4,897.35 | $0.00 |
| 11/01/2013 | $1,933.94 | | | PAYMENT DUE | | $118,732.32 | | | | | | $296,942.33 | | ($48,713.59) | $4,897.35 | $0.00 |
| 11/07/2013 | | | $14.00 | FC INSPECTION | | $118,732.32 | | | | | | $296,942.33 | | ($48,713.59) | $4,911.35 | $0.00 |
| 12/01/2013 | $1,933.94 | | | PAYMENT DUE | | $120,666.26 | | | | | | $296,942.33 | | ($48,713.59) | $4,911.35 | $0.00 |
| 12/09/2013 | | | $14.00 | FC INSPECTION | | $120,666.26 | | | | | | $296,942.33 | | ($48,713.59) | $4,925.35 | $0.00 |
| 01/01/2014 | $1,933.94 | | | PAYMENT DUE | | $122,600.20 | | | | | | $296,942.33 | | ($48,713.59) | $4,925.35 | $0.00 |
| 01/09/2014 | | | $14.00 | FC INSPECTION | | $122,600.20 | | | | | | $296,942.33 | | ($48,713.59) | $4,939.35 | $0.00 |
| 01/21/2014 | | | | BOROUGH TAX | | $122,600.20 | ($1,832.40) | | | | | $296,942.33 | | ($50,545.99) | $4,939.35 | $0.00 |
| 02/01/2014 | $1,933.94 | | | PAYMENT DUE | | $124,534.14 | | | | | | $296,942.33 | | ($50,545.99) | $4,939.35 | $0.00 |
| 02/07/2014 | | | $14.00 | FC INSPECTION | | $124,534.14 | | | | | | $296,942.33 | | ($50,545.99) | $4,953.35 | $0.00 |
| 03/01/2014 | $1,933.94 | | | PAYMENT DUE | | $126,468.08 | | | | | | $296,942.33 | | ($50,545.99) | $4,953.35 | $0.00 |

Reviewer ID: Terrence_Pryor_2019-10-09_08:23:34

Mortgage Proof of Claim Attachment

04/16

**Part 5 : Loan Payment History from First Date of Default**

| A. Date | B. Contractual Payment Amount | C. Funds Received | D. Amount Incurred | E. Description | F. Contractual Due Date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/12/2014 | | | $14.00 | FC INSPECTION | | $126,468.08 | | | | | | $296,942.33 | | ($50,545.99) | $4,967.35 | $0.00 |
| 04/01/2014 | $1,933.94 | | | PAYMENT DUE | | $128,402.02 | | | | | | $296,942.33 | | ($50,545.99) | $4,967.35 | $0.00 |
| 04/09/2014 | | | $14.00 | FC INSPECTION | | $128,402.02 | | | | | | $296,942.33 | | ($50,545.99) | $4,981.35 | $0.00 |
| 04/15/2014 | | | | BOROUGH TAX | | $128,402.02 | | | ($1,832.40) | | | $296,942.33 | | ($52,378.39) | $4,981.35 | $0.00 |
| 05/01/2014 | $1,933.94 | | | PAYMENT DUE | | $130,335.96 | | | | | | $296,942.33 | | ($52,378.39) | $4,981.35 | $0.00 |
| 05/09/2014 | | | $14.00 | FC INSPECTION | | $130,335.96 | | | | | | $296,942.33 | | ($52,378.39) | $4,995.35 | $0.00 |
| 06/01/2014 | $1,933.94 | | | PAYMENT DUE | | $132,269.90 | | | | | | $296,942.33 | | ($52,378.39) | $4,995.35 | $0.00 |
| 06/12/2014 | | | $14.00 | FC INSPECTION | | $132,269.90 | | | | | | $296,942.33 | | ($52,378.39) | $5,009.35 | $0.00 |
| 07/01/2014 | $1,927.28 | | | PAYMENT DUE | | $134,197.18 | | | | | | $296,942.33 | | ($52,378.39) | $5,009.35 | $0.00 |
| 07/16/2014 | | | $14.00 | FC INSPECTION | | $134,197.18 | | | | | | $296,942.33 | | ($52,378.39) | $5,023.35 | $0.00 |
| 08/01/2014 | $1,927.28 | | | PAYMENT DUE | | $136,124.46 | | | | | | $296,942.33 | | ($52,378.39) | $5,023.35 | $0.00 |
| 08/11/2014 | | | $14.00 | FC INSPECTION | | $136,124.46 | | | | | | $296,942.33 | | ($52,378.39) | $5,037.35 | $0.00 |
| 08/25/2014 | | | | BOROUGH TAX | | $136,124.46 | | | ($1,925.04) | | | $296,942.33 | | ($54,303.43) | $5,037.35 | $0.00 |
| 09/01/2014 | $1,927.28 | | | PAYMENT DUE | | $138,051.74 | | | | | | $296,942.33 | | ($54,303.43) | $5,037.35 | $0.00 |
| 09/06/2014 | | | $14.00 | FC INSPECTION | | $138,051.74 | | | | | | $296,942.33 | | ($54,303.43) | $5,051.35 | $0.00 |
| 10/01/2014 | $1,927.28 | | | PAYMENT DUE | | $139,979.02 | | | | | | $296,942.33 | | ($54,303.43) | $5,051.35 | $0.00 |
| 10/10/2014 | | | $14.00 | FC INSPECTION | | $139,979.02 | | | | | | $296,942.33 | | ($54,303.43) | $5,065.35 | $0.00 |
| 10/14/2014 | | | | BOROUGH TAX | | $139,979.02 | | | ($1,925.04) | | | $296,942.33 | | ($56,228.47) | $5,065.35 | $0.00 |
| 11/01/2014 | $1,927.28 | | | PAYMENT DUE | | $141,906.30 | | | | | | $296,942.33 | | ($56,228.47) | $5,065.35 | $0.00 |
| 11/06/2014 | | | $14.00 | FC INSPECTION | | $141,906.30 | | | | | | $296,942.33 | | ($56,228.47) | $5,079.35 | $0.00 |
| 11/13/2014 | | | | HOMEOWNERS INSURANCE | | $141,906.30 | | | ($1,948.00) | | | $296,942.33 | | ($58,176.47) | $5,079.35 | $0.00 |
| 12/01/2014 | $1,927.28 | | | PAYMENT DUE | | $143,833.58 | | | | | | $296,942.33 | | ($58,176.47) | $5,079.35 | $0.00 |
| 12/08/2014 | | | $14.00 | FC INSPECTION | | $143,833.58 | | | | | | $296,942.33 | | ($58,176.47) | $5,093.35 | $0.00 |
| 01/01/2015 | $1,927.28 | | | PAYMENT DUE | | $145,760.86 | | | | | | $296,942.33 | | ($58,176.47) | $5,093.35 | $0.00 |
| 01/05/2015 | | | $14.00 | FC INSPECTION | | $145,760.86 | | | | | | $296,942.33 | | ($58,176.47) | $5,107.35 | $0.00 |
| 01/13/2015 | | | | BOROUGH TAX | | $145,760.86 | | | ($1,878.72) | | | $296,942.33 | | ($60,055.19) | $5,107.35 | $0.00 |
| 02/01/2015 | $1,927.28 | | | PAYMENT DUE | | $147,688.14 | | | | | | $296,942.33 | | ($60,055.19) | $5,107.35 | $0.00 |
| 02/04/2015 | | | $14.00 | FC INSPECTION | | $147,688.14 | | | | | | $296,942.33 | | ($60,055.19) | $5,121.35 | $0.00 |
| 03/01/2015 | $1,927.28 | | | PAYMENT DUE | | $149,615.42 | | | | | | $296,942.33 | | ($60,055.19) | $5,121.35 | $0.00 |
| 03/10/2015 | | | $14.00 | FC INSPECTION | | $149,615.42 | | | | | | $296,942.33 | | ($60,055.19) | $5,135.35 | $0.00 |
| 04/01/2015 | $1,927.28 | | | PAYMENT DUE | | $151,542.70 | | | | | | $296,942.33 | | ($60,055.19) | $5,135.35 | $0.00 |
| 04/10/2015 | | | $14.00 | FC INSPECTION | | $151,542.70 | | | | | | $296,942.33 | | ($60,055.19) | $5,149.35 | $0.00 |
| 04/15/2015 | | | | BOROUGH TAX | | $151,542.70 | | | ($1,878.72) | | | $296,942.33 | | ($61,933.91) | $5,149.35 | $0.00 |
| 05/01/2015 | $1,927.28 | | | PAYMENT DUE | | $153,469.98 | | | | | | $296,942.33 | | ($61,933.91) | $5,149.35 | $0.00 |
| 05/06/2015 | | | $14.00 | FC INSPECTION | | $153,469.98 | | | | | | $296,942.33 | | ($61,933.91) | $5,163.35 | $0.00 |
| 06/01/2015 | $1,927.28 | | | PAYMENT DUE | | $155,397.26 | | | | | | $296,942.33 | | ($61,933.91) | $5,163.35 | $0.00 |
| 06/08/2015 | | | $14.00 | FC INSPECTION | | $155,397.26 | | | | | | $296,942.33 | | ($61,933.91) | $5,177.35 | $0.00 |
| 07/01/2015 | $1,929.89 | | | PAYMENT DUE | | $157,327.15 | | | | | | $296,942.33 | | ($61,933.91) | $5,177.35 | $0.00 |
| 07/12/2015 | | | $14.00 | FC INSPECTION | | $157,327.15 | | | | | | $296,942.33 | | ($61,933.91) | $5,191.35 | $0.00 |
| 08/01/2015 | $1,929.89 | | | PAYMENT DUE | | $159,257.04 | | | | | | $296,942.33 | | ($61,933.91) | $5,191.35 | $0.00 |
| 08/08/2015 | | | $14.00 | FC INSPECTION | | $159,257.04 | | | | | | $296,942.33 | | ($61,933.91) | $5,205.35 | $0.00 |
| 08/18/2015 | | | | BOROUGH TAX | | $159,257.04 | | | ($1,957.11) | | | $296,942.33 | | ($63,891.02) | $5,205.35 | $0.00 |
| 09/01/2015 | $1,929.89 | | | PAYMENT DUE | | $161,186.93 | | | | | | $296,942.33 | | ($63,891.02) | $5,205.35 | $0.00 |
| 09/09/2015 | | | $14.00 | FC INSPECTION | | $161,186.93 | | | | | | $296,942.33 | | ($63,891.02) | $5,219.35 | $0.00 |
| 10/01/2015 | $1,929.89 | | | PAYMENT DUE | | $163,116.82 | | | | | | $296,942.33 | | ($63,891.02) | $5,219.35 | $0.00 |
| 10/09/2015 | | | $14.00 | FC INSPECTION | | $163,116.82 | | | | | | $296,942.33 | | ($63,891.02) | $5,233.35 | $0.00 |
| 10/13/2015 | | | | BOROUGH TAX | | $163,116.82 | | | ($1,957.10) | | | $296,942.33 | | ($65,848.12) | $5,233.35 | $0.00 |
| 11/01/2015 | $1,929.89 | | | PAYMENT DUE | | $165,046.71 | | | | | | $296,942.33 | | ($65,848.12) | $5,233.35 | $0.00 |
| 11/07/2015 | | | $14.00 | FC INSPECTION | | $165,046.71 | | | | | | $296,942.33 | | ($65,848.12) | $5,247.35 | $0.00 |
| 11/12/2015 | | | | HOMEOWNERS INSURANCE | | $165,046.71 | | | ($1,993.78) | | | $296,942.33 | | ($67,841.90) | $5,247.35 | $0.00 |
| 12/01/2015 | $1,929.89 | | | PAYMENT DUE | | $166,976.60 | | | | | | $296,942.33 | | ($67,841.90) | $5,247.35 | $0.00 |
| 12/08/2015 | | | $14.00 | FC INSPECTION | | $166,976.60 | | | | | | $296,942.33 | | ($67,841.90) | $5,261.35 | $0.00 |
| 01/01/2016 | $1,929.89 | | | PAYMENT DUE | | $168,906.49 | | | | | | $296,942.33 | | ($67,841.90) | $5,261.35 | $0.00 |
| 01/06/2016 | | | $14.00 | FC INSPECTION | | $168,906.49 | | | | | | $296,942.33 | | ($67,841.90) | $5,275.35 | $0.00 |
| 02/01/2016 | $1,929.89 | | | PAYMENT DUE | | $170,836.38 | | | | | | $296,942.33 | | ($67,841.90) | $5,275.35 | $0.00 |
| 02/02/2016 | | | | BOROUGH TAX | | $170,836.38 | | | ($1,917.92) | | | $296,942.33 | | ($69,759.82) | $5,275.35 | $0.00 |
| 02/06/2016 | | | $14.00 | FC INSPECTION | | $170,836.38 | | | | | | $296,942.33 | | ($69,759.82) | $5,289.35 | $0.00 |
| 03/01/2016 | $1,929.89 | | | PAYMENT DUE | | $172,766.27 | | | | | | $296,942.33 | | ($69,759.82) | $5,289.35 | $0.00 |
| 03/08/2016 | | | $14.00 | FC INSPECTION | | $172,766.27 | | | | | | $296,942.33 | | ($69,759.82) | $5,303.35 | $0.00 |
| 04/01/2016 | $1,929.89 | | | PAYMENT DUE | | $174,696.16 | | | | | | $296,942.33 | | ($69,759.82) | $5,303.35 | $0.00 |
| 04/08/2016 | | | $1,500.00 | FCL SALE COST | | $174,696.16 | | | | | | $296,942.33 | | ($69,759.82) | $6,803.35 | $0.00 |
| 04/10/2016 | | | $14.00 | FC INSPECTION | | $174,696.16 | | | | | | $296,942.33 | | ($69,759.82) | $6,817.35 | $0.00 |
| 04/15/2016 | | | | BOROUGH TAX | | $174,696.16 | | | ($1,917.91) | | | $296,942.33 | | ($71,677.73) | $6,817.35 | $0.00 |
| 05/01/2016 | $1,929.89 | | | PAYMENT DUE | | $176,626.05 | | | | | | $296,942.33 | | ($71,677.73) | $6,817.35 | $0.00 |
| 05/12/2016 | | | $14.00 | FC INSPECTION | | $176,626.05 | | | | | | $296,942.33 | | ($71,677.73) | $6,831.35 | $0.00 |
| 06/01/2016 | $1,929.89 | | | PAYMENT DUE | | $178,555.94 | | | | | | $296,942.33 | | ($71,677.73) | $6,831.35 | $0.00 |
| 06/09/2016 | | | $14.00 | FC INSPECTION | | $178,555.94 | | | | | | $296,942.33 | | ($71,677.73) | $6,845.35 | $0.00 |
| 07/01/2016 | $1,961.86 | | | PAYMENT DUE | | $180,517.80 | | | | | | $296,942.33 | | ($71,677.73) | $6,845.35 | $0.00 |
| 07/08/2016 | | | $14.00 | FC INSPECTION | | $180,517.80 | | | | | | $296,942.33 | | ($71,677.73) | $6,859.35 | $0.00 |
| 07/29/2016 | | | | BOROUGH TAX | | $180,517.80 | | | ($1,984.08) | | | $296,942.33 | | ($73,661.81) | $6,859.35 | $0.00 |
| 08/01/2016 | $1,961.86 | | | PAYMENT DUE | | $182,479.66 | | | | | | $296,942.33 | | ($73,661.81) | $6,859.35 | $0.00 |
| 08/08/2016 | | | $14.00 | FC INSPECTION | | $182,479.66 | | | | | | $296,942.33 | | ($73,661.81) | $6,873.35 | $0.00 |
| 09/01/2016 | $1,961.86 | | | PAYMENT DUE | | $184,441.52 | | | | | | $296,942.33 | | ($73,661.81) | $6,873.35 | $0.00 |

Reviewer ID: Terrence_Pryor_2019-10-09_08:23:34

Mortgage Proof of Claim Attachment                                                                                                                                                04/16

**Part 5 : Loan Payment History from First Date of Default**

| A. Date | B. Contractual Payment Amount | C. Funds Received | D. Amount Incurred | E. Description | F. Contractual Due Date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Account Activity | | How Funds Were Applied/Amount Incurred | | | | | Balance After Amount Received or Incurred | | | |
| 09/09/2016 | | | $14.00 | FC INSPECTION | | $184,441.52 | | | | | | $296,942.33 | ($73,661.81) | $6,887.35 | $0.00 |
| 10/01/2016 | $1,961.86 | | | PAYMENT DUE | | $186,403.38 | | | | | | $296,942.33 | ($73,661.81) | $6,887.35 | $0.00 |
| 10/06/2016 | | | $14.00 | FC INSPECTION | | $186,403.38 | | | | | | $296,942.33 | ($73,661.81) | $6,901.35 | $0.00 |
| 10/19/2016 | | | | BOROUGH TAX | | $186,403.38 | | | ($1,984.08) | | | $296,942.33 | ($75,645.89) | $6,901.35 | $0.00 |
| 11/01/2016 | $1,961.86 | | | PAYMENT DUE | | $188,365.24 | | | | | | $296,942.33 | ($75,645.89) | $6,901.35 | $0.00 |
| 11/05/2016 | | | $14.00 | FC INSPECTION | | $188,365.24 | | | | | | $296,942.33 | ($75,645.89) | $6,915.35 | $0.00 |
| 11/11/2016 | | | | HOMEOWNERS INSURANCE | | $188,365.24 | | | ($1,808.00) | | | $296,942.33 | ($77,453.89) | $6,915.35 | $0.00 |
| 12/01/2016 | $1,333.72 | | | PAYMENT DUE | | $189,698.96 | | | | | | $296,942.33 | ($77,453.89) | $6,915.35 | $0.00 |
| 12/07/2016 | | | $14.00 | FC INSPECTION | | $189,698.96 | | | | | | $296,942.33 | ($77,453.89) | $6,929.35 | $0.00 |
| 01/01/2017 | $3,746.91 | | | PAYMENT DUE | | $193,445.87 | | | | | | $296,942.33 | ($77,453.89) | $6,929.35 | $0.00 |
| 01/05/2017 | | | $14.00 | FC INSPECTION | | $193,445.87 | | | | | | $296,942.33 | ($77,453.89) | $6,943.35 | $0.00 |
| 01/25/2017 | | | | BOROUGH TAX | | $193,445.87 | | | ($1,951.00) | | | $296,942.33 | ($79,404.89) | $6,943.35 | $0.00 |
| 02/01/2017 | $3,746.91 | | | PAYMENT DUE | | $197,192.78 | | | | | | $296,942.33 | ($79,404.89) | $6,943.35 | $0.00 |
| 02/01/2017 | | | $25.94 | FCL MAIL | | $197,192.78 | | | | | | $296,942.33 | ($79,404.89) | $6,969.29 | $0.00 |
| 02/07/2017 | | | $14.00 | FC INSPECTION | | $197,192.78 | | | | | | $296,942.33 | ($79,404.89) | $6,983.29 | $0.00 |
| 02/27/2017 | | | ($237.55) | LATE CHARGE - WAIVED | | $197,192.78 | | | | | | $296,942.33 | ($79,404.89) | $6,745.74 | $0.00 |
| 03/01/2017 | $3,746.91 | | | PAYMENT DUE | | $200,939.69 | | | | | | $296,942.33 | ($79,404.89) | $6,745.74 | $0.00 |
| 03/06/2017 | | | $14.00 | FC INSPECTION | | $200,939.69 | | | | | | $296,942.33 | ($79,404.89) | $6,759.74 | $0.00 |
| 04/01/2017 | $3,746.91 | | | PAYMENT DUE | | $204,686.60 | | | | | | $296,942.33 | ($79,404.89) | $6,759.74 | $0.00 |
| 04/18/2017 | | | $14.00 | FC INSPECTION | | $204,686.60 | | | | | | $296,942.33 | ($79,404.89) | $6,773.74 | $0.00 |
| 04/21/2017 | | | | BOROUGH TAX | | $204,686.60 | | | ($1,951.00) | | | $296,942.33 | ($81,355.89) | $6,773.74 | $0.00 |
| 05/01/2017 | $3,746.91 | | | PAYMENT DUE | | $208,433.51 | | | | | | $296,942.33 | ($81,355.89) | $6,773.74 | $0.00 |
| 05/05/2017 | | | $14.00 | FC INSPECTION | | $208,433.51 | | | | | | $296,942.33 | ($81,355.89) | $6,787.74 | $0.00 |
| 05/24/2017 | | | ($187.50) | MISC FEE - WAIVED | | $208,433.51 | | | | | | $296,942.33 | ($81,355.89) | $6,600.24 | $0.00 |
| 06/01/2017 | $3,746.91 | | | PAYMENT DUE | | $212,180.42 | | | | | | $296,942.33 | ($81,355.89) | $6,600.24 | $0.00 |
| 06/05/2017 | | | $14.00 | COLLECTION INSPN | | $212,180.42 | | | | | | $296,942.33 | ($81,355.89) | $6,614.24 | $0.00 |
| 07/01/2017 | $3,780.40 | | | PAYMENT DUE | | $215,960.82 | | | | | | $296,942.33 | ($81,355.89) | $6,614.24 | $0.00 |
| 07/06/2017 | | | $14.00 | COLLECTION INSPN | | $215,960.82 | | | | | | $296,942.33 | ($81,355.89) | $6,628.24 | $0.00 |
| 08/01/2017 | $3,780.40 | | | PAYMENT DUE | | $219,741.22 | | | | | | $296,942.33 | ($81,355.89) | $6,628.24 | $0.00 |
| 09/01/2017 | $3,780.40 | | | PAYMENT DUE | | $223,521.62 | | | | | | $296,942.33 | ($81,355.89) | $6,628.24 | $0.00 |
| 09/07/2017 | | | | BOROUGH TAX | | $223,521.62 | | | ($2,389.03) | | | $296,942.33 | ($83,744.92) | $6,628.24 | $0.00 |
| 10/01/2017 | $3,780.40 | | | PAYMENT DUE | | $227,302.02 | | | | | | $296,942.33 | ($83,744.92) | $6,628.24 | $0.00 |
| 10/11/2017 | | | $15.00 | COLLECTION INSPN | | $227,302.02 | | | | | | $296,942.33 | ($83,744.92) | $6,643.24 | $0.00 |
| 10/19/2017 | | | $78.72 | FCL MAIL | | $227,302.02 | | | | | | $296,942.33 | ($83,744.92) | $6,721.96 | $0.00 |
| 11/01/2017 | $3,780.40 | | | BOROUGH TAX | | $227,302.02 | | | ($2,389.03) | | | $296,942.33 | ($86,133.95) | $6,721.96 | $0.00 |
| 11/01/2017 | $3,780.40 | | | PAYMENT DUE | | $231,082.42 | | | | | | $296,942.33 | ($86,133.95) | $6,721.96 | $0.00 |
| 11/10/2017 | | | | HOMEOWNERS INSURANCE | | $231,082.42 | | | ($1,829.00) | | | $296,942.33 | ($87,962.95) | $6,721.96 | $0.00 |
| 12/01/2017 | $2,286.00 | | | PAYMENT DUE | | $233,368.42 | | | | | | $296,942.33 | ($87,962.95) | $6,721.96 | $0.00 |
| 12/05/2017 | | | $15.00 | FC INSPECTION | | $233,368.42 | | | | | | $296,942.33 | ($87,962.95) | $6,736.96 | $0.00 |
| 01/01/2018 | $2,286.00 | | | PAYMENT DUE | | $235,654.42 | | | | | | $296,942.33 | ($87,962.95) | $6,736.96 | $0.00 |
| 01/06/2018 | | | $15.00 | FC INSPECTION | | $235,654.42 | | | | | | $296,942.33 | ($87,962.95) | $6,751.96 | $0.00 |
| 02/01/2018 | $2,286.00 | | | PAYMENT DUE | | $237,940.42 | | | | | | $296,942.33 | ($87,962.95) | $6,751.96 | $0.00 |
| 02/01/2018 | | | | BOROUGH TAX | | $237,940.42 | | | ($2,170.02) | | | $296,942.33 | ($90,132.97) | $6,751.96 | $0.00 |
| 02/19/2018 | | $1,311.82 | | PAYMENT TO SUSPENSE | | $237,940.42 | | | | | $1,311.82 | $296,942.33 | ($90,132.97) | $6,751.96 | $1,311.82 |
| 03/01/2018 | $2,286.00 | | | PAYMENT DUE | | $240,226.42 | | | | | | $296,942.33 | ($90,132.97) | $6,751.96 | $1,311.82 |
| 03/25/2018 | | $1,311.82 | | PAYMENT TO SUSPENSE | | $240,226.42 | | | | | $1,311.82 | $296,942.33 | ($90,132.97) | $6,751.96 | $2,623.64 |
| 03/25/2018 | | | | PAYMENT APPLIED | 06/01/2008 | $239,101.88 | ($395.82) | $1,520.34 | $0.02 | | ($1,124.54) | $297,338.15 | ($90,132.95) | $6,751.96 | $1,499.10 |
| 03/25/2018 | | | | PAYMENT APPLIED | 07/01/2008 | $237,893.01 | ($247.61) | $1,456.46 | $0.02 | | ($1,208.87) | $297,585.76 | ($90,132.93) | $6,751.96 | $290.23 |
| 04/01/2018 | $2,286.00 | | | PAYMENT DUE | | $240,179.01 | | | | | | $297,585.76 | ($90,132.93) | $6,751.96 | $290.23 |
| 04/23/2018 | | $1,311.82 | | PAYMENT TO SUSPENSE | | $240,179.01 | | | | | $1,311.82 | $297,585.76 | ($90,132.93) | $6,751.96 | $1,602.05 |
| 04/23/2018 | | | | PAYMENT APPLIED | 08/01/2008 | $238,970.14 | ($189.80) | $1,398.65 | $0.02 | | ($1,208.87) | $297,775.56 | ($90,132.91) | $6,751.96 | $393.18 |
| 04/30/2018 | | | | BOROUGH TAX | | $238,970.14 | | | ($2,170.01) | | | $297,775.56 | ($92,302.92) | $6,751.96 | $393.18 |
| 05/01/2018 | $2,286.00 | | | PAYMENT DUE | | $241,256.14 | | | | | | $297,775.56 | ($92,302.92) | $6,751.96 | $393.18 |
| 05/23/2018 | | | | FCL SALE COST | | $241,256.14 | | | | $850.68 | | $297,775.56 | ($92,302.92) | $5,901.28 | $393.18 |
| 05/24/2018 | | $1,311.82 | | PAYMENT TO SUSPENSE | | $241,256.14 | | | | | $1,311.82 | $297,775.56 | ($92,302.92) | $5,901.28 | $1,705.00 |
| 06/01/2018 | $2,286.00 | | | PAYMENT DUE | | $243,542.14 | | | | | | $297,775.56 | ($92,302.92) | $5,901.28 | $1,705.00 |
| 06/24/2018 | | $1,311.82 | | PAYMENT TO SUSPENSE | | $243,542.14 | | | | | $1,311.82 | $297,775.56 | ($92,302.92) | $5,901.28 | $3,016.82 |
| 07/01/2018 | $2,375.19 | | | PAYMENT DUE | | $245,917.33 | | | | | | $297,775.56 | ($92,302.92) | $5,901.28 | $3,016.82 |
| 08/01/2018 | $2,375.19 | | | PAYMENT DUE | | $248,292.52 | | | | | | $297,775.56 | ($92,302.92) | $5,901.28 | $3,016.82 |
| 08/05/2018 | | $1,311.82 | | PAYMENT TO SUSPENSE | | $248,292.52 | | | | | $1,311.82 | $297,775.56 | ($92,302.92) | $5,901.28 | $4,328.64 |
| 08/05/2018 | | | | PAYMENT APPLIED | 09/01/2008 | $247,083.65 | ($138.09) | $1,346.94 | $0.02 | | ($1,208.87) | $297,913.65 | ($92,302.90) | $5,901.28 | $3,119.77 |
| 08/05/2018 | | | | PAYMENT APPLIED | 10/01/2008 | $245,874.78 | ($83.35) | $1,292.20 | $0.02 | | ($1,208.87) | $297,997.00 | ($92,302.88) | $5,901.28 | $1,910.90 |
| 09/01/2018 | $2,375.19 | | | PAYMENT DUE | | $248,249.97 | | | | | | $297,997.00 | ($92,302.88) | $5,901.28 | $1,910.90 |
| 09/04/2018 | | | | BOROUGH TAX | | $248,249.97 | | | ($2,274.38) | | | $297,997.00 | ($94,577.26) | $5,901.28 | $1,910.90 |
| 09/20/2018 | | $1,786.09 | | PAYMENT TO SUSPENSE | | $248,249.97 | | | | | $1,786.09 | $297,997.00 | ($94,577.26) | $5,901.28 | $3,696.99 |
| 09/20/2018 | | | | PAYMENT APPLIED | 11/01/2008 | $247,041.10 | ($36.28) | $1,245.13 | $0.02 | | ($1,208.87) | $298,033.28 | ($94,577.24) | $5,901.28 | $2,488.12 |
| 09/20/2018 | | | | PAYMENT APPLIED | 12/01/2008 | $245,832.23 | $9.76 | $1,199.09 | $0.02 | | ($1,208.87) | $298,023.52 | ($94,577.22) | $5,901.28 | $1,279.25 |
| 10/01/2018 | $2,375.19 | | | PAYMENT DUE | | $248,207.42 | | | | | | $298,023.52 | ($94,577.22) | $5,901.28 | $1,279.25 |
| 10/22/2018 | | | | BOROUGH TAX | | $248,207.42 | | | ($2,274.37) | | | $298,023.52 | ($96,851.59) | $5,901.28 | $1,279.25 |
| 11/01/2018 | $2,375.19 | | | PAYMENT DUE | | $250,582.61 | | | | | | $298,023.52 | ($96,851.59) | $5,901.28 | $1,279.25 |
| 11/05/2018 | | $1,786.09 | | PAYMENT TO SUSPENSE | | $250,582.61 | | | | | $1,786.09 | $298,023.52 | ($96,851.59) | $5,901.28 | $3,065.34 |
| 11/09/2018 | | | | HOMEOWNERS INSURANCE | | $250,582.61 | | | ($1,886.00) | | | $298,023.52 | ($98,737.59) | $5,901.28 | $3,065.34 |
| 12/01/2018 | $2,330.39 | | | PAYMENT DUE | | $252,913.00 | | | | | | $298,023.52 | ($98,737.59) | $5,901.28 | $3,065.34 |

Official Form 410A                                                                                   Mortgage Proof of Claim Attachment                                                                                   5 of 6

Reviewer ID: Terrence_Pryor_2019-10-09_08:23:34

Mortgage Proof of Claim Attachment

04/16

Part 5 : Loan Payment History from First Date of Default

| | | | Account Activity | | | How Funds Were Applied/Amount Incurred | | | | | | Balance After Amount Received or Incurred | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Date | B. Contractual Payment Amount | C. Funds Received | D. Amount Incurred | E. Description | F. Contractual Due Date | G. Prin, int & esc past due balance | H. Amount to principal | I. Amount to interest | J. Amount to escrow | K. Amount to fees or charges | L. Unapplied funds | M. Principal balance | N. Accrued interest balance | O. Escrow balance | P. Fees / Charges balance | Q. Unapplied funds balance |
| 12/09/2018 | | $1,786.09 | | PAYMENT TO SUSPENSE | | $252,913.00 | | | | | $1,786.09 | $298,023.52 | | ($98,737.59) | $5,901.28 | $4,851.43 |
| 12/09/2018 | | | | PAYMENT APPLIED | 01/01/2009 | $251,704.13 | $65.18 | $1,143.67 | $0.02 | | ($1,208.87) | $297,958.34 | | ($98,737.57) | $5,901.28 | $3,642.56 |
| 12/09/2018 | | | | PAYMENT APPLIED | 02/01/2009 | $250,495.26 | $115.59 | $1,093.26 | $0.02 | | ($1,208.87) | $297,842.75 | | ($98,737.55) | $5,901.28 | $2,433.69 |
| 01/01/2019 | $2,349.53 | | | PAYMENT DUE | | $252,844.79 | | | | | | $297,842.75 | | ($98,737.55) | $5,901.28 | $2,433.69 |
| 01/14/2019 | | $1,786.09 | | PAYMENT TO SUSPENSE | | $252,844.79 | | | | | $1,786.09 | $297,842.75 | | ($98,737.55) | $5,901.28 | $4,219.78 |
| 01/14/2019 | | | | PAYMENT APPLIED | 03/01/2009 | $251,635.92 | $173.35 | $1,035.50 | $0.02 | | ($1,208.87) | $297,669.40 | | ($98,737.53) | $5,901.28 | $3,010.91 |
| 01/14/2019 | | | | PAYMENT APPLIED | 04/01/2009 | $250,427.05 | $220.84 | $988.01 | $0.02 | | ($1,208.87) | $297,448.56 | | ($98,737.51) | $5,901.28 | $1,802.04 |
| 01/30/2019 | | | | BOROUGH TAX | | $250,427.05 | | | ($2,222.20) | | | $297,448.56 | | ($100,959.71) | $5,901.28 | $1,802.04 |
| 02/01/2019 | $2,349.53 | | | PAYMENT DUE | | $252,776.58 | | | | | | $297,448.56 | | ($100,959.71) | $5,901.28 | $1,802.04 |
| 02/06/2019 | | $1,786.09 | | PAYMENT TO SUSPENSE | | $252,776.58 | | | | | $1,786.09 | $297,448.56 | | ($100,959.71) | $5,901.28 | $3,588.13 |
| 02/06/2019 | | | | PAYMENT APPLIED | 05/01/2009 | $251,567.71 | $251.31 | $957.54 | $0.02 | | ($1,208.87) | $297,197.25 | | ($100,959.69) | $5,901.28 | $2,379.26 |
| 02/06/2019 | | | | PAYMENT APPLIED | 06/01/2009 | $250,358.84 | $270.70 | $938.15 | $0.02 | | ($1,208.87) | $296,926.55 | | ($100,959.67) | $5,901.28 | $1,170.39 |
| 03/01/2019 | $2,349.53 | | | PAYMENT DUE | | $252,708.37 | | | | | | $296,926.55 | | ($100,959.67) | $5,901.28 | $1,170.39 |
| 04/01/2019 | $2,349.53 | | | PAYMENT DUE | | $255,057.90 | | | | | | $296,926.55 | | ($100,959.67) | $5,901.28 | $1,170.39 |
| 04/15/2019 | | | | BOROUGH TAX | | $255,057.90 | | | ($2,222.19) | | | $296,926.55 | | ($103,181.86) | $5,901.28 | $1,170.39 |
| 05/01/2019 | $2,349.53 | | | PAYMENT DUE | | $257,407.43 | | | | | | $296,926.55 | | ($103,181.86) | $5,901.28 | $1,170.39 |
| 06/01/2019 | $2,349.53 | | | PAYMENT DUE | | $259,756.96 | | | | | | $296,926.55 | | ($103,181.86) | $5,901.28 | $1,170.39 |
| 06/13/2019 | | | | PAYMENT APPLIED | | $259,756.96 | | | $1,170.39 | | ($1,170.39) | $296,926.55 | | ($102,011.47) | $5,901.28 | $0.00 |
| 06/20/2019 | | | $15.00 | FC INSPECTION | | $259,756.96 | | | | | | $296,926.55 | | ($102,011.47) | $5,916.28 | $0.00 |
| 07/01/2019 | $2,458.75 | | | PAYMENT DUE | | $262,215.71 | | | | | | $296,926.55 | | ($102,011.47) | $5,916.28 | $0.00 |
| 07/23/2019 | | | $15.00 | FC INSPECTION | | $262,215.71 | | | | | | $296,926.55 | | ($102,011.47) | $5,931.28 | $0.00 |
| 08/01/2019 | $4,004.26 | | | PAYMENT DUE | | $266,219.97 | | | | | | $296,926.55 | | ($102,011.47) | $5,931.28 | $0.00 |
| 08/01/2019 | $4,004.26 | | | PAYMENT DUE | | $270,224.23 | | | | | | $296,926.55 | | ($102,011.47) | $5,931.28 | $0.00 |
| 08/02/2019 | | | | BK FILED DATE | | $270,224.23 | | | | | | $296,926.55 | | ($102,011.47) | $5,931.28 | $0.00 |

Reviewer ID: Terrence_Pryor_2019-10-09_08:23:34

| | | | | | | |
|---|---|---|---|---|---|---|
| Servicer Loan # | 2628 | | | Interest Rate | 4.860% | |
| Borrower Name | Lina C. Granada | | | 1st Principal Balance | $296,926.55 | |
| BK Case Number | 19-25000-JKS | | | Escrow Balance | $(102,011.47) | |
| | | | | Suspense Balance | $0.00 | |

| Transaction Description | Transaction Code | Transaction Date | Ins Premium Disb Due Date | Escrow Amount | Escrow Disbursement | Escrow Balance |
|---|---|---|---|---|---|---|
| Payment Application | 173 | 08/10/2018 | 08/05/2018 | $0.02 | | $(92,302.90) |
| Payment Application | 173 | 08/13/2018 | 08/05/2018 | $0.02 | | $(92,302.88) |
| Disb. for BOROUGH TAX | 315 | 09/04/2018 | 09/04/2018 | | $(2,274.38) | $(94,577.26) |
| Payment Application | 173 | 09/25/2018 | 09/20/2018 | $0.02 | | $(94,577.24) |
| Payment Application | 173 | 09/26/2018 | 09/20/2018 | $0.02 | | $(94,577.22) |
| Disb. for BOROUGH TAX | 315 | 10/22/2018 | 10/22/2018 | | $(2,274.37) | $(96,851.59) |
| Disb. for HOMEOWNERS INSURANCE | 351 | 11/09/2018 | 11/09/2018 | | $(1,886.00) | $(98,737.59) |
| Payment Application | 173 | 12/13/2018 | 12/09/2018 | $0.02 | | $(98,737.57) |
| Payment Application | 173 | 12/14/2018 | 12/09/2018 | $0.02 | | $(98,737.55) |
| Payment Application | 173 | 01/17/2019 | 01/14/2019 | $0.02 | | $(98,737.53) |
| Payment Application | 173 | 01/18/2019 | 01/14/2019 | $0.02 | | $(98,737.51) |
| Disb. for BOROUGH TAX | 315 | 01/30/2019 | 01/30/2019 | | $(2,222.20) | $(100,959.71) |
| Payment Application | 173 | 02/11/2019 | 02/06/2019 | $0.02 | | $(100,959.69) |
| Payment Application | 173 | 02/12/2019 | 02/06/2019 | $0.02 | | $(100,959.67) |
| Disb. for BOROUGH TAX | 315 | 04/15/2019 | 04/15/2019 | | $(2,222.19) | $(103,181.86) |
| Payment Application | 173 | 06/13/2019 | 06/13/2019 | $1,170.39 | | $(102,011.47) |

Reviewer ID: Terrence_Pryor_2019-10-09_08:23:34

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY _____
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

828406
Phelan Hallinan Diamond & Jones, PC
1617 JFK Boulevard, Suite 1400
Philadelphia, PA 19103
856-813-5500
Attorneys for WELLS FARGO BANK, N.A. AS
TRUSTEE FOR FREDDIE MAC SECURITIES
REMIC TRUST, SERIES 2005-S001

| | |
|---|---|
| In Re:<br><br>Lina Granada a/k/a Lina C. Granada a/k/a Lina C. Granada Toro | Case No: 19-25000 - JKS<br><br>Hearing Date: _____<br><br>Judge: JOHN K. SHERWOOD<br><br>Chapter: 13 |

## CERTIFICATION OF SERVICE

1.  I, Richard Millichap:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for Phelan Hallinan Diamond & Jones, PC, who represents JPMORGAN CHASE BANK, NATIONAL ASSOCIATION as servicer for WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC SECURITIES REMIC TRUST, SERIES 2005-S001 in the above captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2.  On October 10, 2019 I sent a copy of the following pleadings and/or documents to the parties listed below:

    Proof of Claim

3.  I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.


Dated:  __October 10, 2019_____        /s/ _Richard Millichap_____

Richard Millichap

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Russell L. Low, Esquire<br>505 Main Street<br>Suite 304<br>Hackensack, NJ 07601 | Debtor's Attorney | ☐ Hand-delivered<br><br>☒ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
| Marie-Ann Greenberg, Trustee<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Trustee | ☐ Hand-delivered<br><br>☐ Regular Mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☒ Notice of Electronic Filing (NEF)<br><br>☐ Other_____<br>(as authorized by the court *) |
|  |  |  |
|  |  |  |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

## Exhibit [B]

**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

**Last revised: August 1, 2020**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                          Case No.: _____19-25000_____

 Lina C. Granada                                                Judge: _____JKS_____

                    Debtor(s)

## Chapter 13 Plan and Motions

☐ Original          ☒ Modified/Notice Required          Date: ___August 12, 2020___

☐ Motions Included  ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*.  Your rights may be affected by this plan.  Your claim may be reduced, modified, or eliminated.  This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien.  The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate.  An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

---

**The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

---

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☒ DOES ☐ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney: ___RLL___     Initial Debtor: ___LCG___     Initial Co-Debtor: _____

**Part 1:    Payment and Length of Plan**

a. The debtor shall pay $ _____$250.00_____ per _____month_____ to the Chapter 13 Trustee, starting on
_____September 1, 2019_____ for approximately _____60_____ months.

b. The debtor shall make plan payments to the Trustee from the following sources:

    ☒    Future earnings

    ☐    Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:

    ☐ Sale of real property
    Description:

    Proposed date for completion: _____

    ☐ Refinance of real property:
    Description:
    Proposed date for completion: _____

    ☒ Loan modification with respect to mortgage encumbering property:
    Description: 263 Hillcrest Avenue Wood Ridge, NJ 07075
    Proposed date for completion: _March 2021_____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☐ NONE**

a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b.  Adequate protection payments will be made in the amount of $ _____1,801.24_____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____JPMorgan Chase Bank, N.A._____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

a.    All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 3,750.00 |
| DOMESTIC SUPPORT OBLIGATION | | |

b.    Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:

☐ None

☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4:    Secured Claims

### a.  Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Chase | 263 Hill Wood Ri | $276,02 | 3.413 | $276,02 to be ad loan mo | $1,801. |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears: ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506: ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**  ☐ **NONE**

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
| Specialized Loan Servicing, LLC | 263 Hillcrest Avenue Wood Ridge, NJ 07075 | $69,551.15 | $384,000.00 | First Mortgage Chase - $493,431.22 | No Value | N/A | 0.00 |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender**  ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

**g. Secured Claims to be Paid in Full Through the Plan**: ☐ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
| | | |

## Part 5:    Unsecured Claims ☐ NONE

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ _____ to be distributed *pro rata*

☐ Not less than _____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6:   Executory Contracts and Unexpired Leases  ☐ NONE

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| BMW Financial Services | 0.00 | Lease monthly payments: $437.00 | No arrearage | 0.00 |

## Part 7:   Motions  ☐ NONE

**NOTE:  All plans containing motions must be served on all affected lienholders, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1.  A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal, and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).  ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**b.  Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.**  ☐ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| Specialized Loan Servicing, LLC | 264 Hillcrest Avenue Wood Ridge, NJ 07075 | $69,551.15 | $384,000.00 | First Mortgage Chase - $493,431.22 | - $109,431.22 | $69,551.15 |

**c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**  ☒ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) Other Administrative Claims

3) Secured Claims

4) Priority Claims

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

**Part 9:    Modification ☐ NONE**

---

**NOTE: Modification of a plan does not require that a separate motion be filed.  A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified:  August 19, 2019 .

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| The Plan is being modified because the debtor needs more time to complete a loan modification. | The Plan is being modified by proposing to complete a loan modification for the debtor's property by March 2021. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

**Signatures**

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: August 12, 2020 _____      /s/ Lina C Granada _____
                                                                    Debtor

Date: _____      _____
                                                                    Joint Debtor

Date: August 12, 2020 _____      /s/ Russell L. Low _____
                                                                    Attorney for Debtor(s)