| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Low & Low LLC<br>505 Main Street Suite 304<br>Hackensack NJ 07601<br>Telephone 201-343-4040<br>Russell L. Low Esq No 4745<br>Attorney for the Debtor | Order Filed on November 23, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br> Lina Granada | Case No.:  19-25000<br>Chapter:  13<br>Judge:  JKS |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 23, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __August 21, 2019__:

Property: _____263 Hillcrest Avenue Wood Ridge NJ 07075_____

Creditor: _____Chase Mortgage_____

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by _____Russell L. Low_____, and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including _____February 13, 2021_____.

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*