UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Low & Low LLC
505 Main Street Suite 304
Hackensack NJ 07601
Telephone 201-343-4040
Russell L. Low Esq No 4745
Attorney for the Debtor

Order Filed on February 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Lina Granada

Case No.: 19-25000

Chapter: 13

Judge: JKS

# ORDER RESPECTING REQUEST FOR EXTENSION
# OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD

The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 23, 2021**

_/s/ John K. Sherwood_
Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on ___August 21, 2019___ :

Property: ___263 Hillcrest Avenue Wood Ridge NJ 07075___

Creditor: ___Chase Mortgage___

and a Request for

[X] Extension of the Loss Mitigation Period having been filed by ___Russell L. Low___, and for good cause shown,

[ ] Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

[X] The Loss Mitigation Period is extended up to and including ___May 15, 2021___.

[ ] The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2