Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25000−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lina C Granada
   aka Lina C Granada Toro
   263 Hillcrest Avenue
   Wood Ridge, NJ 07075

Social Security No.:
   xxx−xx−7138

Employer's Tax I.D. No.:

# NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 6/10/21 at 10:00 AM

to consider and act upon the following:

*86* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Lina C Granada. Objection deadline is 5/21/2021. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*87* − Limited Objection to Application for Extension of Loss Mitigation Period (related document:86 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Lina C Granada. Objection deadline is 5/21/2021. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Lina C Granada) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 5/19/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court