Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25000−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Lina C Granada
  aka Lina C Granada Toro
  263 Hillcrest Avenue
  Wood Ridge, NJ 07075

Social Security No.:
  xxx−xx−7138

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/8/21 at 10:00 AM

to consider and act upon the following:

*91* − Motion to Approve Loan Modification with JPMorgan Chase Bank, N.A. Filed by Russell L. Low on behalf of Lina C Granada. Objection deadline is 06/22/2021. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Low, Russell)

*92* − Objection to Debtor(s) Motion to Approve Loan Modification (related document:91 Motion to Approve Loan Modification with JPMorgan Chase Bank, N.A. Filed by Russell L. Low on behalf of Lina C Granada. Objection deadline is 06/22/2021. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Lina C Granada) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/11/21

Jeanne Naughton
Clerk, U.S. Bankruptcy Court