Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 19−25000−JKS
        Chapter: 13
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Lina C Granada
    aka Lina C Granada Toro
    263 Hillcrest Avenue
    Wood Ridge, NJ 07075

Social Security No.:
    xxx−xx−7138

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/8/21 at 10:00 AM

to consider and act upon the following:

*91* − Motion to Approve Loan Modification with JPMorgan Chase Bank, N.A. Filed by Russell L. Low on behalf of Lina C Granada. Objection deadline is 06/22/2021. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) (Low, Russell)

*92* − Objection to Debtor(s) Motion to Approve Loan Modification (related document:91 Motion to Approve Loan Modification with JPMorgan Chase Bank, N.A. Filed by Russell L. Low on behalf of Lina C Granada. Objection deadline is 06/22/2021. (Attachments: # 1 Certification # 2 Exhibit # 3 Proposed Order # 4 Certificate of Service) filed by Debtor Lina C Granada) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/11/21

                Jeanne Naughton
                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-25000-JKS |
| Lina C Granada | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 11, 2021 | Form ID: ntchrgbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lina C Granada, 263 Hillcrest Avenue, Wood Ridge, NJ 07075-1223 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021                    Signature:            /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Gulf Harbour Investments Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Wells Fargo Bank  N.A. as trustee for Freddie Mac Securities REMIC Trust, Series 2005-S001 NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor Wells Fargo Bank  N.A. as trustee for Freddie Mac Securities REMIC Trust, Series 2005-S001 as serviced by JPMorgan Chase Bank, N.A. NJ_ECF_Notices@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Russell L. Low | on behalf of Debtor Lina C Granada ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | |

District/off: 0312-2 User: admin Page 2 of 2
Date Rcvd: Jun 11, 2021 Form ID: ntchrgbk Total Noticed: 1

USTPRegion03.NE.ECF@usdoj.gov

William M.E. Powers, III

on behalf of Creditor Wells Fargo Bank  N.A. as trustee for Freddie Mac Securities REMIC Trust, Series 2005-S001
ecf@powerskirn.com

TOTAL: 7