**RUSSELL LOW, ESQ. RLL-4745**
**LOW & LOW, LLC**
**Attorneys at Law**
**505 Main Street**
**Hackensack, NJ 07601**
**(201) 343-4040**
**Attorneys for Debtors**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | : Chapter 13 |
| Lina C Granada | : Case No. 19-25000 |
| Debtor | : The Honorable John K. Sherwood |
| | : Hearing Date: September 9, 2021 at 10:00 a.m. |

---

**DEBTOR'S CERTIFICATION REGARDING AMENDED SCHEDULES I/J**

---

I, Lina C Granada, being of full age, hereby certify as follows:

1. I am the debtor in the above-mentioned matter.

2. As per the Amended Schedules I/J filed on August 4, 2021 (Doc. 99) my previous lease for my 2017 BMW has ended so I no longer have a monthly car payment.

3. Therefore, I am able to afford my monthly modified mortgage payment of $2,229.02 and the monthly trustee payment of $200.00.

I hereby certify that all the statements above are true and correct to the best of my knowledge.

Date: September 7, 2021              /s/ Lina C Granada
                                     **Lina C Granada**
                                     Debtor