| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD, P.C.**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Movant<br>Select Portfolio Servicing, Inc., as servicer for Wells Fargo Bank, NA, as trustee for Freddie Mac Securities REMIC Trust 2005-S001<br>R.A. LEBRON, ESQ.<br>ZSPSJ005<br>bankruptcy@fskslaw.com | |
| In Re:<br><br>LINA C GRANADA aka LINA C GRANADA TORO<br><br> Debtor(s). | Case No.:  19-25000 JKS<br><br>Chapter:   13<br><br>Hearing Date:  10/14/2021<br><br>Judge:  Honorable John K. Sherwood |

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled.   ☒ Withdrawn.

Matter: Limited Objection to the Motion for Authority to Enter into Loan Modification, Document No. 97

Date: 10/14/2021                  /s/ R.A. Lebron, Esq.
                                  R.A. LEBRON, ESQ.