Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 19−25000−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lina C Granada
   aka Lina C Granada Toro
   263 Hillcrest Avenue
   Wood Ridge, NJ 07075

Social Security No.:
   xxx−xx−7138

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on February 28, 2020.

On 11/04/2021 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:              December 9, 2021
Time:              08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 5, 2021
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Lina C Granada  
    Debtor

Case No. 19-25000-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 3  
Date Rcvd: Nov 05, 2021     Form ID: 185     Total Noticed: 40

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lina C Granada, 263 Hillcrest Avenue, Wood Ridge, NJ 07075-1223 |
| cr | + | WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518386935 | + | AMEX DSNB, 9111 DUKE BLVD, MASON, OH 45040-8999 |
| 518386936 | + | AMEXDSNB, 9111 DUKE BLVD, MASON, OH 45040-8999 |
| 518451589 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518386938 | + | BK OF AMER, 4909 SAVARESE CIR, TAMPA, FL 33634-2413 |
| 518474574 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518386952 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518547195 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518386957 | + | Tucker & Arsenberg, P.C., Jordan S. Blask, Esq., 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| 519240041 | + | Wells Fargo Bank, NA, as trustee for Freddie Mac, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519240042 | + | Wells Fargo Bank, NA, as trustee for Freddie Mac, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Wells Fargo Bank, NA, as trustee for Fre Serviced by Select Portfolio Servicing, |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 05 2021 20:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 05 2021 20:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 05 2021 20:35:28 | BMW Financial Services NA, LLC Department, C/O AIS, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2021 20:35:21 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518386937 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 05 2021 20:24:00 | ANNIE SEZ, 401 HACKENSACK AVE, HACKENSACK, NJ 07601-6411 |
| 518386939 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 05 2021 20:35:36 | BMW FINANCIAL SERVICES, 5515 PARKCENTER CIR, DUBLIN, OH 43017 |
| 518460216 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Nov 05 2021 20:35:36 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 518402078 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 05 2021 20:35:12 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518386943 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 05 2021 20:35:34 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 518386941 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Nov 05 2021 20:35:10 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 518406573 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 05 2021 20:35:28 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518386947 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2021 20:35:39 | DSNB BLOOM, 9111 DUKE BLVD, MASON, OH 45040 |
| 518386948 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 05 2021 20:35:27 | DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 518386945 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 05 2021 20:35:09 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 518386944 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 05 2021 20:35:22 | Chase, PO Box 469030, Denver, CO 80246 |
| 518506781 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 05 2021 20:35:34 | JPMorgan Chase Bank, National Association Et.Al., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 518386949 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 05 2021 20:23:00 | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, MENOMONEE FALLS, WI 53051-7096 |
| 518407274 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 05 2021 20:35:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518386950 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Nov 05 2021 20:35:22 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 518466012 | | Email/Text: bankruptcydpt@mcmcg.com | Nov 05 2021 20:24:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518472808 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 05 2021 20:23:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 518386951 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 05 2021 20:23:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 518386953 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2021 20:35:34 | SYNCB/LORD & TAY, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 518386954 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2021 20:35:21 | SYNCB/TJX COS, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 518388913 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 05 2021 20:35:09 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518386956 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 05 2021 20:24:00 | TALBOTS, 175 BEAL ST, HINGHAM, MA 02043-1512 |
| 518386958 | + | Email/Text: vci.bkcy@vwcredit.com | Nov 05 2021 20:24:00 | VW CREDIT INC, 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048-4460 |
| 518482894 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Nov 05 2021 20:35:28 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518386940 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW FINANCIAL SERVICES, 5515 PARKCENTER CIR, DUBLIN, OH 43017 |
| 518386942 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 518386946 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 518386955 | *+ | SYNCB/TJX COS, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 518547196 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2021                    Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 5, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor WELLS FARGO BANK  N.A. AS TRUSTEE FOR FREDDIE MAC SECURITIES REMIC TRUST, SERIES 2005-S001 bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Gulf Harbour Investments Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Wells Fargo Bank  N.A. as trustee for Freddie Mac Securities REMIC Trust, Series 2005-S001 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor Wells Fargo Bank  N.A. as trustee for Freddie Mac Securities REMIC Trust, Series 2005-S001 as serviced by JPMorgan Chase Bank, N.A. mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor WELLS FARGO BANK  N.A. AS TRUSTEE FOR FREDDIE MAC SECURITIES REMIC TRUST, SERIES 2005-S001 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Wells Fargo Bank, NA, as trustee for Freddie Mac Securities REMIC Trust 2005-S001 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Wells Fargo Bank  NA, as trustee for Freddie Mac Securities REMIC Trust 2005-S001, serviced by Select Portfolio Servicing, Inc. bankruptcy@fskslaw.com |
| Russell L. Low | on behalf of Debtor Lina C Granada ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Tammy L. Terrell | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Wells Fargo Bank, NA, as trustee for Freddie Mac Securities REMIC Trust 2005-S001 bankruptcy@fskslaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William M.E. Powers, III | on behalf of Creditor Wells Fargo Bank  N.A. as trustee for Freddie Mac Securities REMIC Trust, Series 2005-S001 ecf@powerskirn.com |

TOTAL: 12