UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

RUSSELL L. LOW, ESQ. - 4745
LOW & LOW, LLC
505 MAIN ST., SUITE 304
HACKENSACK, NJ 07601
201-343-4040
Attorney for Debtor

In Re:

Lina C Granada

Case No.: 19-25000

Chapter: 13

Adv. No.: 

Hearing Date: 12/9/21 at 8:30 a.m.

Judge: JKS

## CERTIFICATION OF SERVICE

1. I, Russell L. Low:

    ☒ represent the debtor in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On November 11, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Modified Chapter 13 Plan, Property Valuation, and Notice of Transmittal

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: November 11, 2021

/s/ Russell L. Low
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Honorable John K. Sherwood<br>50 Walnut Street<br>Newark, NJ 07102<br>Courtroom 3D | Judge | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>ECF</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Marie-Ann Greenberg<br>30 Two Bridges Road<br>Suite 330<br>Fairfield, NJ 07004 | Chapter 13 Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>ECF</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Office of US Trustee<br>One Newark Center, Suite 1401<br>Newark, NJ 07102 | US Trustee's Office | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other <u>ECF</u><br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, NA, as trustee for Freddie Mac<br>Serviced by Select Portfolio Servicing,<br>PO Box 65250<br>Salt Lake City, UT 84165 | Secured Creditor for 1st Mortgage | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| FEIN, SUCH, KAHN & SHEPARD, P.C.<br>FEIN, SUCH & CRANE, LLP<br>7 Century Drive, Suite 201<br>Parsippany, NJ, 07054 | Attorney for Secured Creditor for 1st Mortgage | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Toby Wells, CEO<br>Specialized Loan Servicing LLC<br>8742 Lucent Blvd, Suite 300<br>Highlands Ranch, Colorado 80129 | CEO for Secured Creditor for 2nd Mortgage | ☐ Hand-delivered<br>☐ Regular mail<br>☒ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108 | Attorney for Secured Creditor for 2nd Mortgage | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Lina C. Granada<br>263 Hillcrest Avenue<br>Wood Ridge, NJ 07075 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

*rev.8/1/16*