| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Lina C Granada** | Social Security number or ITIN  xxx–xx–7138 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | **19–25000–JKS** | |

## Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lina C Granada
aka Lina C Granada Toro

<u>10/27/22</u>

**By the court:** <u>John K. Sherwood</u>
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                    **Chapter 13 Discharge**                    page 1

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 19-25000-JKS

Lina C Granada                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                                        Page 1 of 4

Date Rcvd: Oct 27, 2022                 Form ID: 3180W                              Total Noticed: 41

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lina C Granada, 263 Hillcrest Avenue, Wood Ridge, NJ 07075-1223 |
| cr | + | WELLS FARGO BANK, N.A. AS TRUSTEE FOR FREDDIE MAC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518386936 | + | AMEXDSNB, 9111 DUKE BLVD, MASON, OH 45040-8999 |
| 518386952 | + | Powers Kirn, LLC, 728 Marne Highway, Suite 200, Moorestown, NJ 08057-3128 |
| 518386957 | + | Tucker & Arensberg, P.C., Jordan S. Blask, Esq., 1500 One PPG Place, Pittsburgh, PA 15222-5416 |
| 519240041 | + | Wells Fargo Bank, NA, as trustee for Freddie Mac, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519240042 | + | Wells Fargo Bank, NA, as trustee for Freddie Mac, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, Wells Fargo Bank, NA, as trustee for Fre Serviced by Select Portfolio Servicing, |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 27 2022 20:40:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 27 2022 20:40:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AIS.COM | Oct 28 2022 00:33:00 | BMW Financial Services NA, LLC Department, C/O AIS, 4515 N Santa Fe Ave, Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: RMSC.COM | Oct 28 2022 00:33:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 518386935 | + | EDI: CITICORP.COM | Oct 28 2022 00:33:00 | AMEX DSNB, 9111 DUKE BLVD, MASON, OH 45040-8999 |
| 518386937 | + | EDI: WFNNB.COM | Oct 28 2022 00:33:00 | ANNIE SEZ, 401 HACKENSACK AVE, HACKENSACK, NJ 07601-6411 |
| 518451589 | | Email/PDF: bncnotices@becket-lee.com | Oct 27 2022 20:44:11 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518386938 | + | EDI: BANKAMER.COM | Oct 28 2022 00:33:00 | BK OF AMER, 4909 SAVARESE CIR, TAMPA, FL 33634-2413 |
| 518386939 | | EDI: BMW.COM | Oct 28 2022 00:33:00 | BMW FINANCIAL SERVICES, 5515 PARKCENTER CIR, DUBLIN, OH 43017 |
| 518460216 | | EDI: BMW.COM | Oct 28 2022 00:33:00 | BMW Financial Services NA, LLC, P.O. Box 3608, Dublin, OH 43016 |
| 518402078 | + | EDI: AISACG.COM | Oct 28 2022 00:33:00 | BMW Financial Services NA, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 518386943 | + | EDI: CAPITALONE.COM | | |

| | | | |
|---|---|---|---|
| District/off: 0312-2 | | User: admin | Page 2 of 4 |
| Date Rcvd: Oct 27, 2022 | | Form ID: 3180W | Total Noticed: 41 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 28 2022 00:33:00 | CAPITAL ONE, PO BOX 30253, SALT LAKE CITY, UT 84130-0253 |
| 518386941 | | EDI: CAPITALONE.COM | | |
| | | | Oct 28 2022 00:33:00 | CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 518406573 | + | EDI: AIS.COM | | |
| | | | Oct 28 2022 00:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518474574 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Oct 27 2022 20:44:27 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518386947 | + | EDI: CITICORP.COM | | |
| | | | Oct 28 2022 00:33:00 | DSNB BLOOM, 9111 DUKE BLVD, MASON, OH 45040 |
| 518386948 | + | EDI: CITICORP.COM | | |
| | | | Oct 28 2022 00:33:00 | DSNB MACYS, PO BOX 8218, MASON, OH 45040 |
| 518386945 | | EDI: JPMORGANCHASE | | |
| | | | Oct 28 2022 00:33:00 | CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 518386944 | | EDI: JPMORGANCHASE | | |
| | | | Oct 28 2022 00:33:00 | Chase, PO Box 469030, Denver, CO 80246 |
| 518506781 | | EDI: JPMORGANCHASE | | |
| | | | Oct 28 2022 00:33:00 | JPMorgan Chase Bank, National Association Et.Al., Chase Records Center, Attn: Correspondence Mail, Mail Code LA4-5555, 700 Kansas Lane, Monroe LA 71203 |
| 518386949 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Oct 27 2022 20:39:00 | KOHLS/CAPONE, N56 W 17000 RIDGEWOOD DR, MENOMONEE FALLS, WI 53051-7096 |
| 518407274 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Oct 27 2022 20:54:53 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518386950 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Oct 27 2022 20:43:46 | MERRICK BANK CORP, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 518466012 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Oct 27 2022 20:40:00 | Midland Funding LLC, P.O. Box 2011, Warren, MI 48090-2011 |
| 518472808 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Oct 27 2022 20:39:00 | PNC BANK N.A., PO BOX 94982, CLEVELAND, OH 44101 |
| 518386951 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Oct 27 2022 20:39:00 | PNC Mortgage, PO Box 8703, Dayton, OH 45401 |
| 518386953 | + | EDI: RMSC.COM | | |
| | | | Oct 28 2022 00:33:00 | SYNCB/LORD & TAY, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 518386954 | + | EDI: RMSC.COM | | |
| | | | Oct 28 2022 00:33:00 | SYNCB/TJX COS, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 519443349 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Oct 27 2022 20:40:00 | Select Portfolio Servicing, Inc., as servicer for, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 518547195 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | | Oct 27 2022 20:39:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518388913 | + | EDI: RMSC.COM | | |
| | | | Oct 28 2022 00:33:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518386956 | + | EDI: WFNNB.COM | | |
| | | | Oct 28 2022 00:33:00 | TALBOTS, 175 BEAL ST, HINGHAM, MA 02043-1512 |
| 518386958 | + | Email/Text: vci.bkcy@vwcredit.com | | |
| | | | Oct 27 2022 20:40:00 | VW CREDIT INC, 1401 FRANKLIN BLVD, LIBERTYVILLE, IL 60048-4460 |
| 518482894 | + | EDI: AIS.COM | | |
| | | | Oct 28 2022 00:33:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 34

# BYPASSED RECIPIENTS

District/off: 0312-2 | User: admin | Page 3 of 4
Date Rcvd: Oct 27, 2022 | Form ID: 3180W | Total Noticed: 41

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518386940 | *P++ | BMW FINANCIAL SERVICES, CUSTOMER SERVICE CENTER, PO BOX 3608, DUBLIN OH 43016-0306, address filed with court:, BMW FINANCIAL SERVICES, 5515 PARKCENTER CIR, DUBLIN, OH 43017 |
| 518386942 | *P++ | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY UT 84130-0285, address filed with court:, CAPITAL ONE, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 518386946 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE CARD, PO BOX 15298, WILMINGTON, DE 19850 |
| 518386955 | *+ | SYNCB/TJX COS, PO BOX 965015, ORLANDO, FL 32896-5015 |
| 518547196 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2022        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew M. Lubin | on behalf of Creditor WELLS FARGO BANK  N.A. AS TRUSTEE FOR FREDDIE MAC SECURITIES REMIC TRUST, SERIES 2005-S001 nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Gulf Harbour Investments Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Melissa N. Licker | on behalf of Creditor Wells Fargo Bank  N.A. as trustee for Freddie Mac Securities REMIC Trust, Series 2005-S001 mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor Wells Fargo Bank  N.A. as trustee for Freddie Mac Securities REMIC Trust, Series 2005-S001 as serviced by JPMorgan Chase Bank, N.A. mlicker@hillwallack.com, HWBKnewyork@ecf.courtdrive.com |
| R. A. Lebron | on behalf of Creditor WELLS FARGO BANK  N.A. AS TRUSTEE FOR FREDDIE MAC SECURITIES REMIC TRUST, SERIES 2005-S001 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Wells Fargo Bank, NA, as trustee for Freddie Mac Securities REMIC Trust 2005-S001 bankruptcy@fskslaw.com |
| R. A. Lebron | on behalf of Creditor Wells Fargo Bank  NA, as trustee for Freddie Mac Securities REMIC Trust 2005-S001, serviced by Select Portfolio Servicing, Inc. bankruptcy@fskslaw.com |
| Russell L. Low | on behalf of Debtor Lina C Granada ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| Tammy L. Terrell | on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Wells Fargo Bank, NA, as trustee for Freddie Mac Securities REMIC Trust 2005-S001 bankruptcy@fskslaw.com |

District/off: 0312-2                          User: admin                              Page 4 of 4

Date Rcvd: Oct 27, 2022                       Form ID: 3180W                           Total Noticed: 41

U.S. Trustee

    USTPRegion03.NE.ECF@usdoj.gov

William M. E. Powers, III

    on behalf of Creditor Select Portfolio Servicing  Inc., as servicer for Wells Fargo Bank, NA, as trustee for Freddie Mac Securities REMIC Trust 2005-S001 ecf@powerskirn.com

William M.E. Powers, III

    on behalf of Creditor Wells Fargo Bank  N.A. as trustee for Freddie Mac Securities REMIC Trust, Series 2005-S001 ecf@powerskirn.com

TOTAL: 13